B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Coast Bridge Logistics, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-1124285** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**18420 S. Santa Fe Avenue**<br>**Compton, CA**<br>ZIP Code **90221** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

☐ Chapter 7          ☐ Chapter 15 Petition for Recognition
☐ Chapter 9               of a Foreign Main Proceeding
☑ Chapter 11        ☐ Chapter 15 Petition for Recognition
☐ Chapter 12             of a Foreign Nonmain Proceeding
☐ Chapter 13

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,       ☑ Debts are primarily
defined in 11 U.S.C. § 101(8) as                 business debts.
"incurred by an individual primarily for
a personal, family, or household purpose."

---

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the
debtor is unable to pay fee except in installments. Rule 1006(b). See Official
Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion | |

B1 (Official Form 1)(04/13)                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Coast Bridge Logistics, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)           (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                             Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Coast Bridge Logistics, Inc.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ William P. Fennell**
   Signature of Attorney for Debtor(s)

   **William P. Fennell  164210**
   Printed Name of Attorney for Debtor(s)

   **Law Office of William P. Fennell, APLC**
   Firm Name

   **401 West A Street, Suite 1800**
   **San Diego, CA 92101**

   _____
   Address

   **Email: office@fennelllaw.com**
   **619-325-1560 Fax: 619-325-1558**
   Telephone Number

   **May  1, 2015                    164210**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Hsin Hsu Wu**
   Signature of Authorized Individual

   **Hsin Hsu Wu**
   Printed Name of Authorized Individual

   **Secretary and Chief Financial Officer**
   Title of Authorized Individual

   **May  1, 2015**
   Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## United States Bankruptcy Court
### Central District of California

In re  **Coast Bridge Logistics, Inc.** _____

Debtor(s)

Case No. _____

Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Hsin Hsu Wu**, declare under penalty of perjury that I am the Secretary and Chief Financial Officer of **Coast Bridge Logistics, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **18th** day of **April** , 20 **15** .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Hsin Hsu Wu**, Secretary and Chief Financial Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Hsin Hsu Wu**, Secretary and Chief Financial Officer of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Hsin Hsu Wu**, Secretary and Chief Financial Officer of this Corporation is authorized and directed to employ **William P. Fennell**, attorney and the law firm of **Law Office of William P. Fennell, APLC** to represent the corporation in such bankruptcy case."

Date _____5/1/15_____

Signed _____Hsin Hsu Wu_____
**Hsin Hsu Wu**

Resolution of Board of Directors
of
**Coast Bridge Logistics, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Hsin Hsu Wu**, Secretary and Chief Financial Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Hsin Hsu Wu**, Secretary and Chief Financial Officer of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Hsin Hsu Wu**, Secretary and Chief Financial Officer of this Corporation is authorized and directed to employ **William P. Fennell**, attorney and the law firm of **Law Office of William P. Fennell, APLC** to represent the corporation in such bankruptcy case.

Date _____5/1/15_____     Signed _____

Date _____     Signed _____

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **Coast Bridge Logistics, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| ComRef So. Ca. Industrial Sub F LLC c/o Chassman & Seelig, LLP 11766 Wilshire Blvd., Suite 270 Los Angeles, CA 90025 | ComRef So. Ca. Industrial Sub F LLC c/o Chassman & Seelig, LLP 11766 Wilshire Blvd., Suite 270 Los Angeles, CA 90025 | Rent, breach of written lease | Contingent Unliquidated Disputed | 780,000.00 |
| Norberto Torres Sosa c/o Stephen Glick, Esq. 1055 Wilshire Blvd., Suite 1480 Los Angeles, CA 90017 | Norberto Torres Sosa c/o Stephen Glick, Esq. 1055 Wilshire Blvd., Suite 1480 Los Angeles, CA 90017 | Labor Commissioner Order, Decision, Award for unlawful deduction from wages | Disputed | 145,785.78 |
| Juan Salazar c/o Stephen Glick, Esq. 1055 Wilshire Blvd., #1480 Los Angeles, CA 90017 | Juan Salazar c/o Stephen Glick, Esq. 1055 Wilshire Blvd., #1480 Los Angeles, CA 90017 | Labor Commissioner Order, Decision, Award for unlawful deduction from wages | Disputed | 115,749.42 |
| Mediterranean Shipping Co. 420 5th Avenue New York, NY 10018 | Mediterranean Shipping Co. 420 5th Avenue New York, NY 10018 | Use of Equipment | | 17,230.00 |
| Norton Lilly Int'l-Wan Hai 2510 W. Dunlap Ave Suite 650 Phoenix, AZ 85021 | Norton Lilly Int'l-Wan Hai 2510 W. Dunlap Ave Suite 650 Phoenix, AZ 85021 | Use of Equipment | | 10,800.00 |
| International Properties Rancho Dominguez 15272 Bolsa Chica St #101 Huntington Beach, CA 92649 | International Properties Rancho Dominguez 15272 Bolsa Chica St #101 Huntington Beach, CA 92649 | Rent | | 10,342.24 |
| DIRECT CHASSISLINK PO BOX 603061 CHARLOTTE, NC 28260-3061 | DIRECT CHASSISLINK PO BOX 603061 CHARLOTTE, NC 28260-3061 | Chassis Fee | | 9,030.90 |
| Farenco Logistics 190 Lincoln Hwy (Rt 27) Suite 303 Edison, NJ 08820 | Farenco Logistics 190 Lincoln Hwy (Rt 27) Suite 303 Edison, NJ 08820 | Loss of cargo | Contingent Unliquidated Disputed | 7,765.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Coast Bridge Logistics, Inc.**                                             Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Flexi-Van Leasing Inc.**<br>**PO Box 3228**<br>**Boston, MA 02241-3228** | **Flexi-Van Leasing Inc.**<br>**PO Box 3228**<br>**Boston, MA 02241-3228** | **Chassis Fee** | | **7,576.62** |
| **CMA-CGM (America) Inc.**<br>**5701 Lake Wright Dr.**<br>**Norfolk, VA 23502** | **CMA-CGM (America) Inc.**<br>**5701 Lake Wright Dr.**<br>**Norfolk, VA 23502** | **Use of Equipment** | | **5,550.00** |
| **Maersk Agency USA Inc.**<br>**9300 Arrowpoint Blvd**<br>**Charlotte, NC 28273-8136** | **Maersk Agency USA Inc.**<br>**9300 Arrowpoint Blvd**<br>**Charlotte, NC 28273-8136** | **Use of Equipment** | | **5,543.00** |
| **Dewitt Petroleum**<br>**848 Manhattan Beach Blvd**<br>**Manhattan Beach, CA 90266** | **Dewitt Petroleum**<br>**848 Manhattan Beach Blvd**<br>**Manhattan Beach, CA 90266** | **Fuel** | | **5,000.00** |
| **United Arab Agencies Inc.**<br>**5515 Spalding Drive**<br>**Peachtree Corners, GA 30092** | **United Arab Agencies Inc.**<br>**5515 Spalding Drive**<br>**Peachtree Corners, GA 30092** | **Use of Equipment** | | **3,580.00** |
| **Fleet Pride Inc.**<br>**PO Box 847118**<br>**Dallas, TX 75284-7118** | **Fleet Pride Inc.**<br>**PO Box 847118**<br>**Dallas, TX 75284-7118** | **Repairs** | | **3,518.14** |
| **Hyundai America Shipping Agcy**<br>**7701 Las Colinas Ridge**<br>**Suite 400**<br>**Irving, TX 75063** | **Hyundai America Shipping Agcy**<br>**7701 Las Colinas Ridge**<br>**Suite 400**<br>**Irving, TX 75063** | **Use of Equipment** | | **2,775.00** |
| **Quinn Cat Rental**<br>**10006 Rose Hills Rd**<br>**City of Industry, CA 90601** | **Quinn Cat Rental**<br>**10006 Rose Hills Rd**<br>**City of Industry, CA 90601** | **Repairs** | | **2,768.19** |
| **Rush Truck Centers**<br>**8830 E. Slausen Avenue**<br>**Pico Rivera, CA 90660-4439** | **Rush Truck Centers**<br>**8830 E. Slausen Avenue**<br>**Pico Rivera, CA 90660-4439** | **Repairs** | | **2,457.40** |
| **JNJ Truck Repair**<br>**2312 I Street**<br>**E. Wilmington, CA 90744** | **JNJ Truck Repair**<br>**2312 I Street**<br>**E. Wilmington, CA 90744** | **Repairs** | | **2,200.00** |
| **Norton Lilly Int'l Pacific Lines**<br>**2510 W Dunlap Ave, #650**<br>**Phoenix, AZ 85021** | **Norton Lilly Int'l Pacific Lines**<br>**2510 W Dunlap Ave, #650**<br>**Phoenix, AZ 85021** | **Use of Equipment** | | **1,955.00** |
| **APL**<br>**26 Century Blvd., Suite 405**<br>**Nashville, TN 37214** | **APL**<br>**26 Century Blvd., Suite 405**<br>**Nashville, TN 37214** | **Use of Equipment** | | **1,945.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Coast Bridge Logistics, Inc.**                                                          Case No. _____

_____
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Secretary and Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May  1, 2015** _____          Signature  **/s/ Hsin Hsu Wu** _____
                                                                                   **Hsin Hsu Wu**
                                                                                   **Secretary and Chief Financial Officer**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Central District of California

In re    **Coast Bridge Logistics, Inc.**                                          ,          Case No. _____

                                                    Debtor

                                                                                      Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Hsin Hsu Wu** | **Common** | **30%** | **Shareholder** |
| **Michael Wu** | **Common** | **35%** | **Shareholder** |
| **Tina Yu-Chen Wang** | **Common** | **35%** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Secretary and Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**May  1, 2015**_____          Signature **/s/ Hsin Hsu Wu**_____

                                                                **Hsin Hsu Wu**
                                                                **Secretary and Chief Financial Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0___  continuation sheets attached to List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:     **May 1, 2015** _____

/s/ Hsin Hsu Wu
_____
**Hsin Hsu Wu**
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1            F 1015-2.1.STMT.RELATED.CASES

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Central District of California

In re  **Coast Bridge Logistics, Inc.**                                    ,    Case No. _____

                                            Debtor

                                            Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 2,394,384.02 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,716,898.42 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 261,535.20 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 64 | | 890,711.29 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 2 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 77 | | | |
| Total Assets | | | 2,394,384.02 | | |
| Total Liabilities | | | | 2,869,144.91 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Central District of California

In re    **Coast Bridge Logistics, Inc.**                                                                  ,    Case No. _____
                                    Debtor

                                                                                                              Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  **Coast Bridge Logistics, Inc.**                                    ,      Case No. _____
                                                       Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Coast Bridge Logistics, Inc.** _____,    Case No. _____

                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Community Bank Acct #0691 Huntington Beah, CA (Secured by Pacific Enterprise Bank)** | - | 250,840.81 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Seurity Deposit - Trison International, Inc. (Secured by Pacific Enterprise Bank)** | - | 5,000.00 |
| | | **Security Deposit - Murray Plumbing and Heating Corporation (Secured by Pacific Enterprise Bank)** | - | 54,121.00 |
| | | **Security Deposit - ProLogis California, LLC (Secured by Pacific Enterprise Bank)** | - | 56,000.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture, computer equipment (Secured by Pacific Enterprise Bank)** | - | 8,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

|  | Sub-Total > | 373,961.81 |
|---|---|---|
|  | (Total of this page) | |

  __3__    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Coast Bridge Logistics, Inc.**                                ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable as of March 30, 2015 (Secured by Pacific Enterprise Bank)** | - | 117,512.43 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Driver advances (loans/out of pocket expenses)** | - | 2,100.00 |
| | | **Promissory Note for sale of trucks to Pacific Ocean Transportation, Inc., a Texas Corporation** | - | 75,847.52 |
| | | **Return of down payment to Williamsburg Insurance Company for insurance premium, Flat Iron was finance company used for this transaction (Referenced as Prepaid expenses on Debtor's Balance Sheet)** | - | 14,350.08 |
| | | **Promissory Note for sale of trucks to Pacific Ocean Transportation, Inc., a California Corporation** | - | 89,312.18 |

Sub-Total >     299,122.21
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Coast Bridge Logistics, Inc.**                                           ,        Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Efrain Sanchez - default on truck lease for 2009 Freightliner, VIN 1FUJBBCKX8LY91702, Plate No. VP63005** | - | **Unknown** |
| | | **Monies owed by Network Logistic regarding indemnification of injuries or damages upon entry of sublease agreement 12/28/2013 Value $5,700 but Debtor feels amount uncollectible** | - | **0.00** |
| | | **Robert Lee Bogan - default on truck lease for 2011 Freightliner, VIN 1FUJA6CK8BDAV8192, Plate No. 9E43392** | - | **Unknown** |
| | | **Vidal Olivera - default on truck lease for 2010 KW, VIN 1XKAD09X7AJ269881, Plate No. 9E59487** | - | **Unknown** |
| | | **Odell Spencer - default on truck lease for 2005 Freightliner, VIN 1FUJBBCK15LU78241 and 2008 Freightliner, VIN 1FUJBBCK18LZ81272, Plate No. VP62872** | - | **Unknown** |
| | | **Sotero Contreras - default on truck lease for 2010 KW, VIN 269882, Plate No. 9E35510** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Profit Tools Trucking Software - (1) Operations User License and (1) Dispatcher User License and various components thereto and tech service agreement (Secured by Pacific Enterprise Bank)** | - | **1,500.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >                **1,500.00**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Coast Bridge Logistics, Inc.**                                                ,        Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **See Attachment to Schedule B** | - | 1,717,300.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment and supplies (Secured by Pacific Enterprise Bank)** | - | 2,000.00 |
| | | **Toshiba ES206L Copier (leased by De Lage Landen)** | - | 500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 1,719,800.00 |
| (Total of this page) | |
| Total > | 2,394,384.02 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

## Attachment to Schedule B

**Wells Fargo Equipment Finance, Inc.**
**Trucks secured by Purchase Money Security**
**Financing Date:  05/09/2013**
**Filing No: 13-7359774581**

| Plate Number | VIN | Truck Year | Title Owner | | Value |
|---|---|---|---|---|---|
| WP02088 | 4V4NC9TG99N268978 | 2008 Volvo | Wells Fargo loan, leased to driver | | $33,000 |
| WP02089 | 4V4NC9TG89N271614 | 2009 Volvo | Wells Fargo loan, leased to POCA | | $35,000 |
| One Toyota 5FBC25 Forklift s/n: 64717 and two (2) indistrial battries s/n: 48633 & 48857, together with all accessories and attachments. Contract No. 255105-702 | | | | | $5,000 |
| | | | | **Total** | **$73,000** |

**Pacific Enterprise Bank**
**Trucks secured by Purchse Money Financing**
**Dates:  05/10/2010 - 07/24/2012**

| Plate Number | VIN | Truck Number | Title Owner | | Value |
|---|---|---|---|---|---|
| 9E43391 | 1FUJA6CKXBDAV8173 | 2010 Freightliner | PEB loan 31400, leased to POCA | | $40,000 |
| 9E33347 | 1FUJA6CK79DAM6265 | 2009 Freightliner | PEB loan 31400, leased to POCA | | $31,000 |
| 9E33349 | 1FUJA6CK29DAM6268 | 2009 Freightliner | PEB loan 31400, no driver | | $31,000 |
| 9E33126 | 1FUJA6CK29DAM6271 | 2009 Freightliner | PEB Loan 31400, leased to driver | | $31,000 |
| 9E33348 | 1FUJA6CK99DAM6266 | 2009 Freightliner | PEB Loan 31400, leased to driver | | $34,000 |

| Plate Number | VIN | Truck Number | Title Owner | | Value |
|---|---|---|---|---|---|
| 9E36314 | 1FUJA6CKX9DAM6275 | 2009 Freightliner | PEB loan 31400, no driver | | $30,000 |
| 9E43390 | 1FUJA6CK1BDAV8174 | 2011 Freightliner | PEB Loan 31400, leased to POCA | | $42,000 |
| 9E43393 | 1FUJA6CK6BDAV8171 | 2010 Freightliner | PEB loan 31400, leased to driver | | $41,000 |
| 9E77933 | 1FUJA6CK19DAM6276 | 2009 Freightliner | PEB Loan 31400, leased to driver | | $34,000 |
| 9E43392 | 1FUJA6CK8BDAV8172 | 2010 Freightliner | PEB loan 31400, leased to driver | | $42,000 |
| 9E33284 | 1FUNA6CK69DAM5609 | 2009 Freightliner | PEB loan 31400, leased to POCA | | $42,000 |
| 9E61938 | 1FUNA6CK49DAM5608 | 2008 Freightliner | PEB loan 31400, leased to POCA | | $29,000 |
| 9E33125 | 1FUJA6CK09DAM6270 | 2009 Freightliner | PEB loan 31400, leased to POCA | | $32,000 |
| VP62872 | 1FUJBBCK18LZ81272 | 2008 Freightliner | PEB loan 59700, leased to driver | | $29,000 |
| VP63003 | 1FUJBBCKX8LZ81271 | 2008 Freightliner | PEB loan 59700, leased to POCA | | $29,000 |
| VP63005 | 1FUJBBCKX8LY91702 | 2008 Freightliner | PEB loan 59700, leased to POCA | | $29,000 |
| VP62873 | 1FUJBBCK98LZ81276 | 2008 Freightliner | PEB loan 59700, leased to POCA | | $29,000 |
| VP62871 | 1FUJBBCK88LZ81267 | 2008 Freightliner | PEB loan 59700, leased to driver | | $29,000 |
| VP62870 | 1FUJBBCK58LZ81260 | 2008 Freightliner | PEB loan 59700, leased to POCA | | $29,000 |
| VP63002 | 1FUJBBCK48LZ81251 | 2008 Freightliner | PEB loan 59700, leased to POCA | | $29,000 |
| VP77874 | 4V4NC9TG48N263170 | 2008 Volvo | PEB loan 59700, no driver | | $29,000 |
| VP77875 | 4V4NC9TG08N263179 | 2008 Volvo | PEB loan 59700, leased to POCA | | $29,000 |
| VP77876 | 4V4NC9TG78N491731 | 2008 Volvo | PEB loan 59700, leased to POCA | | $29,000 |
| VP77877 | 4V4NC9TG28N261966 | 2008 Volvo | PEB loan 59700, leased to driver | | $29,000 |
| VP77878 | 4V4NC9TH78N495125 | 2008 Volvo | PEB loan 59700, leased to POCA | | $29,000 |
| VP94822 | 1XKTD49X88J219372 | 2008 Kenworth | PEB loan 90100, leased to POCA | | $29,000 |
| VP94823 | 1XKTD49X48J219529 | 2008 Kenworth | PEB loan 90100, leased to POCA | | $29,000 |
| VP94824 | 1XKTD49X58J219684 | 2008 Kenworth | PEB loan 90100, leased to POCA | | $29,000 |
| VP94816 | 1XKTD49X38J219666 | 2008 Kenworth | PEB loan 90100, leased to POCA | | $29,000 |
| VP94818 | 1XKTD49X28J219593 | 2008 Kenworth | PEB loan 90100, leased to POCA | | $29,000 |
| VP94819 | 1XKTD49XX8J219468 | 2008 Kenworth | PEB loan 90100, leased to POCA | | $29,000 |
| VP94820 | 1XKTD49X88J219517 | 2008 Kenworth | PEB loan 90100, leased to POCA | | $29,000 |
| VP94821 | 1XKTD49X88J219615 | 2008 Kenworth | PEB loan 90100, leased to POCA | | $29,000 |
| VP94825 | 1XKTD49X68J219676 | 2008 Kenworth | PEB loan 90100, leased to POCA | | $29,000 |
| | | | | Total | $1,068,000 |

**Community Bank**

**Trucks secured by Puchase Money Financing**

**Date: 02/27/2013**

| Plate Number | VIN | Truck Year | Title Owner | | Value |
|---|---|---|---|---|---|
| WP08189 | 1XKTD49X09J239939 | 2008 Kenworth | Community Bank leased to driver | | $28,000 |
| CP75798 | 1XPHDB9X19N764120 | 2009 Peterbuilt | Community Bank leased to driver | | $29,000 |
| CP75799 | 1XP7DU9X29D789136 | 2008 Peterbuilt | Community Bank, no driver | | $33,000 |

| Plate Number | VIN | Truck Year | Title Owner | | Value |
|---|---|---|---|---|---|
| CP76900 | 1XP7DU9X69D789169 | 2008 Peterbuilt | Community Bank, no driver | | $29,000 |
| WP08191 | 1XP7DU9X59D764392 | 2008 Peterbuilt | Community Bank, no driver | | $30,000 |
| WP08192 | 1XP7DU9X99D764394 | 2008 Peterbuilt | Community Bank, leased to POCA | | $29,000 |
| WP08193 | 1XP7DU9X39D764391 | 2009 Peterbuilt | Community Bank leased to driver | | $29,000 |
| 9D42309 | 1FUBCXDC34HN27673 | 2004 Freightliner | Coast Bridge owned | | $9,000 |
| | | | | Total | $216,000 |

## Trucks unencumbered

| Plate Number | VIN | Truck Year | Title Owner | | Value |
|---|---|---|---|---|---|
| 9E35509 | 1XKAD09X0AJ269883 | 2009 Kenworth | paid off, leased to driver | | $36,000 |
| 9E35510 | 1XKAD09X9AJ269882 | 2010 Kenworth | paid off, leased to driver | | $36,000 |
| 9E59487 | 1XKAD09X7AJ269881 | 2010 Kenworth | paid off, leased to driver | | $36,000 |

| Plate Number | VIN | Truck Year | Title Owner | | Value |
|---|---|---|---|---|---|
| 9E33128 | 1FUJA6CK49DAM6269 | 2009 Freightliner | Coast Bridge paid off | | $31,000 |
| 42026J1 | 5PVNJ8JT162S10629 | 2005 Hino | Coast Bridge paid off | | $9,000 |
| 42027J1 | 1HTMMAAL97H439572 | 2007 International | Coast Bridge paid off | | $10,000 |
| 42028J1 | 5PVNJ8JT162S10677 | 2005 Hino | Coast Bridge paid off | | $9,000 |
| | 2FZACFDU29AAL9630 | 2008 Sterling | | | $10,000 |
| VP63004 | 1FUJBBCK88LY91701 | 2008 Freightliner | Released by PEB | | $29,000 |
| 9E36211 | 1FUJA6CK49DAM6272 | 2009 Freightliner | paid off, leased to POCA | | $28,000 |
| | | | | Total | $234,000 |

## Chassis unencumbered

| Quanity | Assuming | Value Per Each | Gross |
|---|---|---|---|
| 31 | 21' Chassis | $1,500 | $46,500 |
| 32 | 40' Chassis | $1,700 | $54,400 |
| 2 | 20' three axle | $2,200 | $4,400 |
| 1 | 40' Gooseneck | $2,000 | $2,000 |
| | | Total All | $107,300 |

**Dry Van Trailers unencumbered**

| Plate Number | VIN | Type Year | Decription | Value |
|---|---|---|---|---|
| 4ER1110 | 1TTF4520XN1036941 | 1992 TRANS | 53' Trailer | $2,200 |
| 4EZ9978 | 1JJV532YOPL186215 | 1993 WABASH | 53' Trailer | $2,200 |
| 4FF7693 | 1JJV532Y5PL179518 | 1993 WABAS | 53' Trailer | $2,200 |
| 4FC7347 | 1JJV532YXRL191148 | 1994 WABASH | 53' Trailer | $2,200 |
| 4LH6043 | 3H3C492S4RT005239 | 1994 HYUNDAI | 53' Trailer | $2,200 |
| 4KH6168 | 1PNV532S6TKB64718 | 1996 PINES | 53' Trailer | $2,300 |
| | 1UYVS253XYP890901 | 2000 UTILITY | 53' Trailer | $3,500 |
| | 1JJV281NOPL201437 | 1993 WABASH | 53' Trailer | $2,200 |
| | | | **Total All** | **$19,000** |

All values highlighted in light green are Ken McCormacks Desktop Opinion of value based upon what the previously observed trucks of this type exhibit; 300,000 miles, body damage, and fair tires.

B6D (Official Form 6D) (12/07)

In re   **Coast Bridge Logistics, Inc.**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **xxxx1464**<br><br>**Community Bank**<br>**7755 Center Ave., Suite 1250**<br>**Huntington Beach, CA 92647** | X | - | | 2/27/13<br><br>**Purchase Money Security**<br><br>**See Attachment to Schedule B** | | | | | |
| | | | | Value $                216,000.00 | | | | 122,377.33 | 0.00 |
| Account No. **xx6988**<br><br>**De Lage Landen**<br>**Lesseedirect.com**<br>**PO Box 41602**<br>**Philadelphia, PA 19101-1602** | | - | | **Copier Lease**<br><br>**Toshiba ES206L Copier (leased by De Lage Landen)** | | | | | |
| | | | | Value $                500.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>**Pacific Enterprise Bank**<br>**17748 Sky Park Circle**<br>**Suite 100**<br>**Irvine, CA 92614** | X | - | | 5/10/10<br><br>**3 Purchase Money Security**<br><br>**Loan Nos. 3104; 0100; 9700**<br>**See Attachment to Schedule B** | | | | | |
| | | | | Value $            1,562,974.24 | | | | 1,557,243.98 | 0.00 |
| Account No. **xxx xxxxxx50-06**<br><br>**U.S. Small Business Admin.**<br>**Fresno District Office**<br>**2719 N. Air Fresno Dr., #200**<br>**Fresno, CA 93727-1547** | X | - | | 7/24/2012<br><br>**Guarantor of Pacific Enterprise Bank Loan** | | | | | |
| | | | | Value $                0.00 | | | | 0.00 | 0.00 |
| ___1___ continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | 1,679,621.31 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Coast Bridge Logistics, Inc.** _____,  Case No. _____
                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxx5-702**<br><br>**Wells Fargo Equipment Finance Inc**<br>**733 Marquette Ave., Ste. 700**<br>**MAC N9306-070**<br>**Minneapolis, MN 55402** | X - | | | 5/10/13<br><br>**Purchase Money Security**<br><br>**See Attachment to Schedule B**<br><br>Value $                73,000.00 | | | | 37,277.11 | 0.00 |
| Account No. | | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | | <br><br><br><br>Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 37,277.11 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 1,716,898.42 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re   **Coast Bridge Logistics, Inc.**                                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>1</u>    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Coast Bridge Logistics, Inc.**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 06/15/2011 - 10-23/2013 | | | | | |
| Juan Salazar c/o Stephen Glick, Esq. 1055 Wilshire Blvd., #1480 Los Angeles, CA 90017 | - | | Labor Commissioner Order, Decision, Award for unlawful deduction from wages | | | X | | 115,749.42 |
| | | | | | | | 115,749.42 | 0.00 |
| Account No. | | | 11/16/2010 - 10/17/2013 | | | | | |
| Norberto Torres Sosa c/o Stephen Glick, Esq. 1055 Wilshire Blvd., Suite 1480 Los Angeles, CA 90017 | - | | Labor Commissioner Order, Decision, Award for unlawful deduction from wages | | | X | | 145,785.78 |
| | | | | | | | 145,785.78 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 261,535.20 | |
| | 261,535.20 | 0.00 |
| Total (Report on Summary of Schedules) | 261,535.20 | |
| | 261,535.20 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re  **Coast Bridge Logistics, Inc.**                                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Driver Notice Only | | | | |
| **Abel Brito 1933 JULIE AVE Fullerton, CA 92833** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 3/4/2009 Driver Notice Only | | | | |
| **ABSALON DE LA CRUZ 912 BLUE JAY CIRCLE WEST COVINA, CA 91790** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 9/6/2011 Driver Notice Only | | | | |
| **ALBERTO RUIZ 314 W 62ND ST LOS ANGELES, CA 90003** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 9/17/2010 Driver Notice Only | | | | |
| **ALEXANDRO DUVAL 1134 W 69TH ST LOS ANGELES, CA 90044** | | - | | | | X | X | | |
| | | | | | | | | | 0.00 |

___63___ continuation sheets attached

Subtotal                                     **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coast Bridge Logistics, Inc.**          ,      Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 12/16/2013 Driver Notice Only | | | | |
| **ALFONSO QUEZADA 1450 N HEATHDALE AVE COVINA, CA 91722** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | Driver Notice Only | | | | |
| **ALFONSO VERA 5380 LIME AVE LONG BEACH, CA 90805** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | 2/14/2008 Driver Notice Only | | | | |
| **ALFREDO MANCERA 1306 EDMORE AVE ROWLAND HEIGHTS, CA 91748** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | 5/20/2014 Driver Notice Only | | | | |
| **Ali Alshaikhli 2111 Holly Hall St #5108 Houston, TX 77054** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | 2010 Lawsuit for alleged wage violations | | | | |
| **AMANCIO RUIZ 916 W 71TH ST LOS ANGELES, CA 90044** | - | | | X | X | X | |
| | | | | | | | 0.00 |

Sheet no. __1__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coast Bridge Logistics, Inc.**                                   ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | 2011-2014 Worker's compensation claim | | | | |
| Amancio Ruiz-Vicente c/o Telleria, Telleria & Levy, LLP 828 W. Las Tunas Drive San Gabriel, CA 91776 | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| **Account No.** | | | | Driver Notice Only | | | | |
| ANGEL SANCHEZ 605 WALNUT AVE APT #14 LONG BEACH, CA 90802 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| **Account No.** | | | | 8/15/2007 Driver Notice Only | | | | |
| ANGELA MEJIA 14510 JUSTIN PLACE MORENO VALLEY, CA 92553 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| **Account No.** | | | | 12/4/2014 Driver Notice Only | | | | |
| ANTHONY CARTER 13122 CHERRYGLADE HOUSTON, TX 77044 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| **Account No.** | | | | 2/6/2007 Driver Notice Only | | | | |
| ANTONIO PASILLAS 7568 KRESS AVE BELL GARDENS, CA | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __2__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coast Bridge Logistics, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Use of Equipment | | | | |
| **APL** **26 Century Blvd., Suite 405** **Nashville, TN 37214** | | - | | | | | | 1,945.00 |
| Account No. | | | | Repairs | | | | |
| **Armada Frame & Wheel** **2547 Santa Fe Avenue** **Long Beach, CA 90810** | | - | | | | | | 287.00 |
| Account No. | | | | Driver Notice Only | | | | |
| **ARMANDO JOSE NAVAS** **1286 N FIRCROFT AVE** **COVINA, CA 91722** | | - | | | X | X | | 0.00 |
| Account No. | | | | 4/9/2013 Driver Notice Only | | | | |
| **ARMANDO ROMERO** **9617 DEARBORN AVE** **SOUTH GATE, CA 90280** | | - | | | X | X | | 0.00 |
| Account No. | | | | 1/13/2014 Driver Notice Only | | | | |
| **Axel Aceituno** **90 Northpoint Dr #104** **Houston, TX 77060** | | - | | | X | X | | 0.00 |

| | | |
|---|---|---|
| Sheet no. __3___ of _63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,232.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.** _____ ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Repairs | | | | |
| **B&B Towing & Recovery Service** 3260 E. Fowler St. Los Angeles, CA 90063 | - | | | | | | 275.00 |
| Account No. | | | 2/11/2014 Driver Notice Only | | | | |
| **BARTHOLOMEW YORK** 2618 ARBOR #1 HOUSTON, TX 77004 | - | | | X | X | | 0.00 |
| Account No. | | | 2/10/2009 Driver Notice Only | | | | |
| **BENNY LEONE** 20727 VERNE AVE LAKEWOOD, CA 90715 | - | | | X | X | | 0.00 |
| Account No. | | | Driver Notice Only | | | | |
| **BLAS CASARRUBIAS** 10051 ALDCATE AVE GARDEN GROVE, CA 92840 | - | | | X | X | | 0.00 |
| Account No. | | | 10/22/2013 Driver Notice Only | | | | |
| **BRIAN HARRIS** 7944 LOCKE LN HOUSTON, TX 77063 | - | | | X | X | | 0.00 |

Sheet no. __4___ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 275.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coast Bridge Logistics, Inc.** _____,   Case No. _____
                                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 6/25/2014 Driver Notice Only | | | | |
| BRIAN WILLIAMS 4202 TAREYTON LANE HOUSTON, TX 77047 | - | | | | X | X | | 0.00 |
| Account No. | | | | 10/25/2013 Driver Notice Only | | | | |
| BRYANT SERRANO 13619 ELWYN DR BALDWIN PARK, CA 91706 | - | | | | X | X | | 0.00 |
| Account No. | | | | 1/17/2013 Driver Notice Only | | | | |
| CARLOS ESCOBAR 2138 WEST 30TH STREET LOS ANGELES, CA 90018 | - | | | | X | X | | 0.00 |
| Account No. | | | | 4/7/2011 Driver Notice Only | | | | |
| CARLOS FLORES PO BOX 1572 CUDAHY, CA 90201 | - | | | | X | X | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| CARLOS HERNANDEZ 159 E 77TH ST LOS ANGELES, CA 90003 | - | | | | X | X | | 0.00 |

Sheet no. __**5**___ of __**63**___ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                                 (Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coast Bridge Logistics, Inc.**                                      ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**CARLOS MARTINEZ**<br>**324 W. 62ND ST.**<br>**LOS ANGELES, CA 90003** | - | | | **5/2/2007**<br>**Driver Notice Only** | X | X | | 0.00 |
| Account No.<br><br>**CARLOS RODRIGUEZ**<br>**1440 MALVERN AVE**<br>**LOS ANGELES, CA 90006** | - | | | **6/12/2009**<br>**Driver Notice Only** | X | X | | 0.00 |
| Account No.<br><br>**CAU PHAN**<br>**2443 EASTLAKE AVE**<br>**LOS ANGELES, CA 90031** | - | | | **Driver Notice Only** | X | X | | 0.00 |
| Account No.<br><br>**CECILIA FLORES**<br>**150 E 84TH PL**<br>**LOS ANGELES, CA 90003** | - | | | **Driver Notice Only** | X | X | | 0.00 |
| Account No.<br><br>**CHENG CHIANG HU**<br>**5730 LOMA AVE**<br>**TEMPLE CITY, CA 91780** | - | | | **Driver Notice Only** | X | X | | 0.00 |

Sheet no. __6__ of __63__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coast Bridge Logistics, Inc.** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 5/28/2014 Driver Notice Only | | | | |
| CHENGCHENG SHAO 5139 ELROVIA AVE EL MONTE, CA 91732 | - | | | | X | X | | 0.00 |
| Account No. | | | | 3/26/2014 Driver Notice Only | | | | |
| CHRIS WOLFHOPE 16746 GLENGRAY LA PUENTE, CA 91744 | - | | | | X | X | | 0.00 |
| Account No. | | | | 5/3/2012 Driver Notice Only | | | | |
| CHUAN ZHONG ZHU 1715 KATHLEEN CT. W. COVINA, CA 91792 | - | | | | X | X | | 0.00 |
| Account No. | | | | 8/4/2014 Driver Notice Only | | | | |
| Clarence Banks 1417 S Mayo Ave Compton, CA 90221 | - | | | | X | X | | 0.00 |
| Account No. | | | | 12/23/2013 Driver Notice Only | | | | |
| Claudia Betancourt 5830 S Lake Houston, TX 77049 | - | | | | X | X | | 0.00 |

Sheet no. __7__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Coast Bridge Logistics, Inc._____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CMA-CGM (America) Inc.** <br> **5701 Lake Wright Dr.** <br> **Norfolk, VA 23502** | - | | | **Use of Equipment** | | | | 5,550.00 |
| Account No. <br><br> **ComRef So. Ca. Industrial Sub F LLC** <br> **c/o Chassman & Seelig, LLP** <br> **11766 Wilshire Blvd., Suite 270** <br> **Los Angeles, CA 90025** | - | | | **2012-2014** <br> **Rent, breach of written lease** | X | X | X | 780,000.00 |
| Account No. <br><br> **COREY KELLY** <br> **1160 S HALE STREET** <br> **ESCONDO, CA 92029** | - | | | **4/15/2013** <br> **Driver Notice Only** | X | X | | 0.00 |
| Account No. <br><br> **CORNELIO PRECIADO** <br> **4845 EAST 60TH STREET** <br> **MAYWOOD, CA 90270** | - | | | **1/1/2013** <br> **Driver Notice Only** | X | X | | 0.00 |
| Account No. <br><br> **CORRIE MILLENDER** <br> **17217 HAFER ROAD** <br> **HOUSTON, TX 77090** | - | | | **1/17/2014** <br> **Driver Notice Only** | X | X | | 0.00 |

Sheet no. __8___ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                785,550.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Coast Bridge Logistics, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Use of Equipment | | | | |
| **Cosco Container Lines America** **15600 JFK Blvd, Suite 400** **Houston, TX 77032** | - | | | | | | 630.00 |
| Account No. | | | 8/20/2012 Driver Notice Only | | | | |
| **CRISTOBAL SALAZAR SANTIAGO** **1014 WEST 65 STREET** **LOS ANGELES, CA 90044** | - | | | X | X | | 0.00 |
| Account No. | | | 8/19/2013 Driver Notice Only | | | | |
| **DA HAI PANG** **2218 SAN GABRIEL BLVD STE 3B** **ROSEMEAD, CA 91770** | - | | | X | X | | 0.00 |
| Account No. | | | Driver Notice Only | | | | |
| **DADONG SONG** **18308 LOS PALACIOS DRIVE** **ROWLAND HEIGHTS, CA 91748** | - | | | X | X | | 0.00 |
| Account No. | | | 6/28/2010 Driver Notice Only | | | | |
| **DANIEL SANCHEZ** **457 SUE AVE** **DINUBA, CA 93618** | - | | | X | X | | 0.00 |

Sheet no. __9__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

630.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.** _____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DANIEL SANDOVAL**<br>**497 MOLLY COURT**<br>**SHAFTER, CA 93263** | - | | 9/27/2010<br>**Driver Notice Only** | X | X | | 0.00 |
| Account No.<br><br>**David Aramillo**<br>**661 Boston St**<br>**Hemet, CA 92545** | - | | 6/28/2010<br>**Driver Notice Only** | X | X | | 0.00 |
| Account No.<br><br>**David Armas**<br>**6531 Live Oak St**<br>**Bell Gardens, CA 90201** | - | | 11/18/2014<br>**Driver Notice Only** | X | X | | 0.00 |
| Account No.<br><br>**DAVID DEVAUGHN**<br>**17826 E NEWBURGH ST**<br>**AZUSA, CA 91702** | - | | 2/10/2009<br>**Driver Notice Only** | X | X | | 0.00 |
| Account No.<br><br>**DAVID VIRGIN**<br>**13510 VICKSBURG STREET**<br>**HOUSTON, TX 77015** | - | | 8/12/2014<br>**Driver Notice Only** | X | X | | 0.00 |

Sheet no. __10__ of __63__ sheets attached to Schedule of                    Subtotal              0.00
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coast Bridge Logistics, Inc.**                                         ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Fuel | | | | |
| **Dewitt Petroleum** **848 Manhattan Beach Blvd** **Manhattan Beach, CA 90266** | - | | | | | | 5,000.00 |
| Account No. | | | 3/15/2011 Driver Notice Only | | | | |
| **DINA SILVA MARTINEZ** **12621 BARLIN AVE** **DOWNEY, CA 90242** | - | | | X | X | | 0.00 |
| Account No. | | | Chassis Fee | | | | |
| **DIRECT CHASSISLINK** **PO BOX 603061** **CHARLOTTE, NC 28260-3061** | - | | | | | | 9,030.90 |
| Account No. | | | Driver Notice Only | | | | |
| **DOMINGO HUGARTE** **2730 1/2 HUNBERT AVE** **S EL MONTE, CA 91733** | - | | | X | X | | 0.00 |
| Account No. | | | Driver Notice Only | | | | |
| **DOMINIC LEONE** **20727 VERNE AVE** **LAKEWOOD, CA 90715** | - | | | X | X | | 0.00 |

Sheet no. __11__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **14,030.90**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.** _____,    Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**DONTE WEST**<br>**1230 FM 1960 BYPASS RD E #1403**<br>**HUMBLE, TX 77021** | | - | | 12/12/2013<br>**Driver Notice Only** | X | X | | 0.00 |
| Account No. <br><br>**DOYLE NGUYEN**<br>**8741 TILMONT AVE**<br>**PICO RIVERA, CA 90660** | | - | | 3/22/2007<br>**Driver Notice Only** | X | X | | 0.00 |
| Account No. <br><br>**DPF Cleaning Service**<br>**909 S. Greenwood Ave**<br>**Unit H**<br>**Montebello, CA 90640** | | - | | Repairs | | | | 175.00 |
| Account No. <br><br>**Dung Nguyen**<br>**4112 E 7th St Apt G**<br>**Long Beach, CA 90804** | | - | | 4/1/2011<br>**Driver Notice Only** | X | X | | 0.00 |
| Account No. <br><br>**DUQUON CORONA**<br>**7126 Somerset Blvd**<br>**PARAMOUNT, CA 90723** | | - | | 11/6/2014<br>**Driver Notice Only** | X | X | | 0.00 |

Sheet no. __12__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    175.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Coast Bridge Logistics, Inc.** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DWIGHT RISER**<br>**P505 CYPRESS STATION #4607**<br>**HOUSTON, TX 77090** | - | | **5/7/2014**<br>**Driver Notice Only** | X | X | | <br><br>0.00 |
| Account No.<br><br>**EDGAR DURAN**<br>**456 S LAKE ST 101**<br>**LOS ANGELES, CA 90057** | - | | **Driver Notice Only** | X | X | | <br><br>0.00 |
| Account No.<br><br>**EDGARD CAMPOS RODRIGUEZ**<br>**2038 PACIFIC AVE APT C**<br>**LONG BEACH, CA 90806** | - | | **12/9/2010**<br>**Driver Notice Only** | X | X | | <br><br>0.00 |
| Account No.<br><br>**EDISON SANDOVAL**<br>**4805 FILLMORE ST.**<br>**BELL, CA 90201** | - | | **5/15/2014**<br>**Driver Notice Only** | X | X | | <br><br>0.00 |
| Account No.<br><br>**Edwin Cabrera**<br>**4630 WEST MAURIE AVE**<br>**SANTA ANA, CA 92703** | - | | **6/21/2010**<br>**Driver Notice Only** | X | X | | <br><br>0.00 |

Sheet no. __**13**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coast Bridge Logistics, Inc.**                                    ,    Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 3/26/2009 Driver Notice Only | | | | |
| **EDWIN LEMUS** **131 S. BURLINGTON AVE APT.#213** **LOS ANGELES, CA 90057** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 9/16/2013 Driver Notice Only | | | | |
| **EDY SOLARES** **3912 WEST 107TH STREET** **INGLEWOOD, CA 90303** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| **EFRAIN SANCHEZ** **1781 BERN DR** **CORONA, CA 92882** | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Repairs | | | | |
| **El Dorado Tires & Auto Srv Inc.** **16227 Appleblossom St.** **La Puente, CA 91744** | | - | | | | | | |
| | | | | | | | | 165.00 |
| Account No. | | | | 4/9/2007 Driver Notice Only | | | | |
| **ELAINE MORALES** **11808 1/2 LANSDALE AVE** **EL MONTE, CA 91732** | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __14__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

165.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Coast Bridge Logistics, Inc._____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Driver Notice Only | | | | |
| ENNO SACK 33726 CHERRY ST WILDOMAR, CA 92595 | | - | | | X | X | | 0.00 |
| Account No. | | | | 8/6/2011 Driver Notice Only | | | | |
| Enrique Armas Lozano 6531 Live Oak St Bell Gardens, CA 90201 | | - | | | X | X | | 0.00 |
| Account No. | | | | 6/15/2010 Driver Notice Only | | | | |
| ERIC LI 1131 W DUARTE ROAD APT 6 ARCADIA, CA 91007 | | - | | | X | X | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| ERIC PENA 2415 MARSHALFIELD LN REDONDO BEACH, CA 90278 | | - | | | X | X | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| ERIK RENE MARTINEZ 9339 OLIVE STREET APT 6 FONTANA, CA 92335 | | - | | | X | X | | 0.00 |

Sheet no. __15__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.**                                ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **EUSTAQUIO LOPEZ 1743 1ST STREET LA VERNE, CA 91750** | - | | **07/17/2015 Labor Commissioner Claim for alleged wage violations** | X | X | X | 0.00 |
| Account No.  **Evergreen Shipping 6021 Katella Ave. Suite 200 Cypress, CA 90630** | - | | Use of Equipment | | | | 1,210.00 |
| Account No. **xxxx1070**  **Farenco Logistics 190 Lincoln Hwy (Rt 27) Suite 303 Edison, NJ 08820** | - | | **10/17/2014 Loss of cargo** | X | X | X | 7,765.00 |
| Account No.  **FELIPE SOLIS 3611 TRINITY ST LOS ANGELES, CA 90011** | - | | **9/27/2010 Driver Notice Only** | X | X | | 0.00 |
| Account No.  **FIDEL VELASQUEZ 300 N VINE ST APT A ANAHEIM, CA 92805** | - | | **2010 Lawsuit for alleged wage violations** | X | X | X | 0.00 |

Sheet no. __16__ of __63__ sheets attached to Schedule of                     Subtotal                 8,975.00
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coast Bridge Logistics, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Repairs | | | | |
| Fleet Pride Inc. PO Box 847118 Dallas, TX 75284-7118 | - | | | | | | | 3,518.14 |
| Account No. | | | | Chassis Fee | | | | |
| Flexi-Van Leasing Inc. PO Box 3228 Boston, MA 02241-3228 | - | | | | | | | 7,576.62 |
| Account No. | | | | 8/25/2011 Driver Notice Only | X | X | | |
| FRANCISCO CERNA 3802 HILL ST HUNTINGTON PARK, CA 90255 | - | | | | | | | 0.00 |
| Account No. | | | | Driver Notice Only | X | X | | |
| FRANCISCO MERCADO 3312 CALIFORNIA AVE EL MONTE, CA 91731 | - | | | | | | | 0.00 |
| Account No. | | | | 8/26/2009 Driver Notice Only | X | X | | |
| FRANKLIN ESCOBAR 1634 1/2 W 84TH PL LOS ANGELES, CA 90047 | - | | | | | | | 0.00 |

Sheet no. __17__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,094.76

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coast Bridge Logistics, Inc.**                                     ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | 8/3/2009 Driver Notice Only | | | | |
| FROYLAN CRUZ 810 N BRANNICK AVE LOS ANGELES, CA 90063 | - | | | | | X | X | | 0.00 |
| Account No. | | | | | 3/28/2013 Driver Notice Only | | | | |
| GARRY KELLY 1412 W 127TH STREET LOS ANGELES, CA 90047 | - | | | | | X | X | | 0.00 |
| Account No. | | | | | 12/17/2013 Driver Notice Only | | | | |
| GEORGE SONNIER 3319 EDGECREEK HOUSTON, TX 77066 | - | | | | | X | X | | 0.00 |
| Account No. | | | | | Driver Notice Only | | | | |
| GERARDO ESCOBEDO 9318 FIELD STONE AVE HESPERIA, CA 92345 | - | | | | | X | X | | 0.00 |
| Account No. | | | | | 7/8/2013 Driver Notice Only | | | | |
| GERARDO MENDOZA-RODRIQUEZ 11700 EL GRANADA LYNWOOD, CA 90262 | - | | | | | X | X | | 0.00 |

Sheet no. __**18**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.**                                          ,     Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 7/8/2013 Driver Notice Only | | | | |
| GERARDO RODRIGUEZ 11700 EL GRANADA LYNWOOD, CA 90262 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| GERARDO VENTURA 345 WEST 68TH ST LOS ANGELES, CA 90003 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 3/25/2013 Driver Notice Only | | | | |
| GERMAN CRUZ 15000 DOWNEY AVE APT #127 PARAMOUNT, CA 90723 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 11/12/2012 Labor Commissioner Claim for alleged wage violations | | | | |
| GERMAN MERINO ARMIJOS 16505 PIMENTA AVE BELLFLOWER, CA 90706 | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | 8/25/2014 Driver Notice Only | | | | |
| GREGORY DAVIS 124 N HAGAR STREET SAN FERNANDO, CA 91340 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __19__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.**                                              ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br><br> GREGORY MCCULLOCK <br> 461 E. 43RD ST. #2 <br> LOS ANGELES, CA 90011 | | - | 11/11/2013 <br> Driver Notice Only | X | X | | <br><br><br>0.00 |
| Account No.  <br><br> GUANGTING XU <br> 3220 BARBEE ST <br> LOS ANGELES, CA 90031 | | - | 12/22/2014 <br> Driver Notice Only | X | X | | <br><br><br>0.00 |
| Account No.  <br><br> GUSTAVO GUERRERO <br> 7228 AMIGO AVE <br> RESEDA, CA 91335 | | - | 6/5/2013 <br> Driver Notice Only | X | X | | <br><br><br>0.00 |
| Account No.  <br><br> HAIME GONZALEZ <br> 6634 1/4 Jaboneria <br> Bell Gardens, CA 90201 | | - | 8/14/2013 <br> Driver Notice Only | X | X | | <br><br><br>0.00 |
| Account No.  <br><br> Hanjin Shipping <br> PO Box 2187 <br> Buena Park, CA 90621 | | - | Use of Equipment | | | | <br><br><br>200.00 |

Sheet no. __20__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

200.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coast Bridge Logistics, Inc.**                                          ,    Case No. _____
                                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Driver Notice Only | | | | |
| HECTOR RODRIGUEZ 1440 MALVERN AVE LOS ANGELES, CA 90006 | | - | | | X | X | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| HENRY ULLOA 2960 MARENGO LOS ANGELES, CA 90033 | | - | | | X | X | | 0.00 |
| Account No. | | | | 3/28/2013 Driver Notice Only | | | | |
| HERBERT JONE 3207 WEST BALL ROAD APT #1 ANAHEIM, CA 92804 | | - | | | X | X | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| HERBERT WATSON 30660 INDEPENDENCE AVE APT E REDLANDS, CA 92374 | | - | | | X | X | | 0.00 |
| Account No. | | | | 7/29/2013 Driver Notice Only | | | | |
| HERMAN MITCHELL 4611 HARDWOOD GLEN DR FRESNO, TX 77545 | | - | | | X | X | | 0.00 |

Sheet no. __21__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coast Bridge Logistics, Inc.**_____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**HOLMAN RODRIGUEZ**<br>**9307 WASHBURN ROAD APT 102**<br>**DOWNEY, CA 90242** | - | | **4/30/2012**<br>**Driver Notice Only** | X | X | | 0.00 |
| Account No.<br><br>**HSIN CHIANG**<br>**1316 PASEO CIELO**<br>**SAN DIMAS, CA 91773** | - | | **2/23/2015**<br>**Driver Notice Only** | X | X | | 0.00 |
| Account No.<br><br>**Hugo Amado**<br>**16281 Jackson Drive**<br>**Fontana, CA 92336** | - | | **Driver Notice Only** | X | X | | 0.00 |
| Account No.<br><br>**Hugo Barrera**<br>**13956 Vamowem St #106**<br>**Van Nuys, CA 91405** | - | | **9/28/2011**<br>**Driver Notice Only** | X | X | | 0.00 |
| Account No.<br><br>**HUGO CARDENAS**<br>**1538 W WINDSOR ST**<br>**SAN BERNARDINO, CA 92407** | - | | **4/10/2007**<br>**Driver Notice Only** | X | X | | 0.00 |

Sheet no. __22__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.**                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 3/30/2011 Driver Notice Only | | | | |
| HUNG HUA 6516 BRADFORD TER PHILADELPHIA, PA 19149 | - | | | X | X | | 0.00 |
| Account No. | | | Use of Equipment | | | | |
| Hyundai America Shipping Agcy 7701 Las Colinas Ridge Suite 400 Irving, TX 75063 | - | | | | | | 2,775.00 |
| Account No. | | | Repairs | | | | |
| Inland Kenworth 1600 W. Washington Blvd Montebello, CA 90640 | - | | | | | | 1,856.57 |
| Account No. | | | Rent | | | | |
| International Properties Rancho Dominguez 15272 Bolsa Chica St #101 Huntington Beach, CA 92649 | - | | | | | | 10,342.24 |
| Account No. | | | 10/9/2014 Driver Notice Only | | | | |
| ISRAEL MORENO 7403 MACE PL LOS ANGELES, CA 90001 | - | | | X | X | | 0.00 |

Sheet no. __23__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **14,973.81**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.**                                              ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>JACOB TEJEDA<br>18714 CAIRO AVE<br>CARSON, CA 90746 | - | | 12/2/2013<br>Driver Notice Only | X | X | | 0.00 |
| Account No.<br><br>JAIME GONZALEZ<br>1015 UNRUH AVE APT #3<br>LA PUENTE, CA 91744 | - | | Driver Notice Only | X | X | | 0.00 |
| Account No.<br><br>JAIME JR SANCHEZ<br>525 DEL MAR DR<br>BAKERSFIELD, CA 93307 | - | | Driver Notice Only | X | X | | 0.00 |
| Account No.<br><br>JAIME SANCHEZ<br>525 DEL MAR DRIVE<br>BAKERSFIELD, CA 93307 | - | | Driver Notice Only | X | X | | 0.00 |
| Account No.<br><br>JAMES CHARLOT<br>3180 ELINOR ST<br>BEAUMONT, TX 77705 | - | | 1/31/2014<br>Driver Notice Only | X | X | | 0.00 |

Sheet no. __24__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2/8/2013 Driver Notice Only | | | | |
| JAMES CURTIS 21220 TENNYSON MORENO VALLEY, CA 92557 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| JEFF SU 1773 VALLEY VIEW AVE NORCO, CA 92860 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| JESUS PINEDA 419 N LARK ELLEN AVE WEST COVINA, CA 91791 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| JESUS SANCHEZ 537 OCEAN AVE PERRIS, CA 92571 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| JHONNY MACIAS 9212 BURKE ST #18 PICO RIVERA, CA 90660 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __25__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coast Bridge Logistics, Inc.**                                                    ,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**JIAMJUN TANG**<br>**4223 WALNUT GROVE STREET APT A**<br>**ROSEMEAD, CA 91770** | - | | 1/7/2013<br>**Driver Notice Only** | X | X | | <br><br>0.00 |
| Account No.<br><br>**JIAN XIANG LI**<br>**18347 E. CYPRESS ST**<br>**COVINA, CA 91723** | - | | 8/2/2010<br>**Driver Notice Only** | X | X | | <br><br>0.00 |
| Account No.<br><br>**JIANPING CHEN**<br>**117 SOUTH GRANADA AVE**<br>**APT 2**<br>**ALHAMBRA, CA 91801** | - | | 9/9/2013<br>**Driver Notice Only** | X | X | | <br><br>0.00 |
| Account No.<br><br>**JIE HAN**<br>**1113 CALLA MALAGA**<br>**DUARTE, CA 91010** | - | | 6/4/2013<br>**Driver Notice Only** | X | X | | <br><br>0.00 |
| Account No.<br><br>**JNJ Truck Repair**<br>**2312 I Street**<br>**E. Wilmington, CA 90744** | - | | Repairs | | | | <br><br>2,200.00 |

| | | |
|---|---|---|
| Sheet no. __26__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 2,200.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Coast Bridge Logistics, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | Driver Notice Only | | | | |
| JOE MOSQUEDA 808 LAGUNA DR CORONA, CA 92879 | | | | | X | X | | 0.00 |
| Account No. | | - | | Driver Notice Only | | | | |
| JOHN CAMPOS 1158 W BERKELEY CT ONTARIO, CA 91762 | | | | | X | X | | 0.00 |
| Account No. | | - | | 12/4/2013 Driver Notice Only | | | | |
| JOHNNY CHEVIS 1411 JOY OAKS LN HOUSTON, TX 77073 | | | | | X | X | | 0.00 |
| Account No. | | - | | 9/23/2013 Driver Notice Only | | | | |
| JORGE GUERRERO 723 1/2 EAST 90TH STREET LOS ANGELES, CA 90002 | | | | | X | X | | 0.00 |
| Account No. | | - | | 5/9/2012 Driver Notice Only | | | | |
| JORGE HERNANDEZ 430 W 71ST STREET LOS ANGELES, CA 90003 | | | | | X | X | | 0.00 |

Sheet no. __27__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Coast Bridge Logistics, Inc.** ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Driver Notice Only | | | | |
| JORGE QUINTEROS P.O BOX 3176 HUNTINGTON PARK, CA 90255 | - | | | | X | X | | 0.00 |
| Account No. | | | | 8/26/2014 Driver Notice Only | | | | |
| JORGE SALINAS 8139 OGDEN HOUSTON, TX 77017 | - | | | | X | X | | 0.00 |
| Account No. | | | | 5/2/2011 Driver Notice Only | | | | |
| Jose Alfaro 5809 Seville Avenue Huntington Park, CA 90255 | - | | | | X | X | | 0.00 |
| Account No. | | | | 12/12010 Driver Notice Only | | | | |
| Jose Angel 3925 Barret Rd #3 Los Angeles, CA 90032 | - | | | | X | X | | 0.00 |
| Account No. | | | | 10/10/2007 Driver Notice Only | | | | |
| JOSE ANTONIO CERVANTES 8500 DELCO WINNETKA, CA 91306 | - | | | | X | X | | 0.00 |

Sheet no. __28__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Driver Notice Only | | | | |
| **Jose Barrera**<br>**517 W 81st St**<br>**Los Angeles, CA 90044** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | 7/31/2007<br>Driver Notice Only | | | | |
| **JOSE CARDENAS**<br>**15235 SUNBURST ST**<br>**APT 110**<br>**NORTH HILLS, CA 91343** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | 12/1/2010<br>Driver Notice Only | | | | |
| **JOSE CHAIDEZ**<br>**3925 BARRET RD 3**<br>**LOS ANGELES, CA 90032** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | 3/14/2008<br>Driver Notice Only | | | | |
| **JOSE FLORES**<br>**743 E 89TH ST**<br>**LOS ANGELES, CA 90002** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | Driver Notice Only | | | | |
| **JOSE ISRRAEL QUINONES**<br>**749 GARDENIA AVE**<br>**LONG BEACH, CA 90813** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. __29__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coast Bridge Logistics, Inc.**                              ,       Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 03/12/2015 **Class Action Lawsuit for alleged wage violations** | | | | |
| **Jose Luis Monterosa c/o Kabateck Brown Kellner LLP 644 S. Figueroa Street Los Angeles, CA 90017** | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | **Driver Notice Only** | | | | |
| **JOSE PALACIOS 12606 DOTY AVE APT B HAWTHORNE, CA 90250** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 1/16/2014 **Driver Notice Only** | | | | |
| **JOSE SALINAS 19935 CRESTED HILL LN CYPRESS, TX 77433** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 1/4/2009 **Driver Notice Only** | | | | |
| **JOSE SANCHEZ 525 DEL MAR DRIVE BAKERSFIELD, CA 93307** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 4/4/2014 **Driver Notice Only** | | | | |
| **JOSEPH HENDON 795 GRANDVILLE HOUSTON, TX 77091** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __**30**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.** _____,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**JOSEPH SALAZAR<br>6992 SAN PASQUAL CIR<br>BUENA PARK, CA 90620** | - | | Driver Notice Only | X | X | | <br><br>0.00 |
| Account No.<br><br>**JUAN CARLOS DE PAZ SALGUERO<br>3525 SANBORN AVE<br>LYNWOOD, CA 90262** | - | | 9/17/2009<br>Driver Notice Only | X | X | | <br><br>0.00 |
| Account No.<br><br>**JUAN COREAS<br>519 E NEW YORK ST<br>LONG BEACH, CA 90813** | - | | Driver Notice Only | X | X | | <br><br>0.00 |
| Account No.<br><br>**JUAN EDUARDO GARCIA<br>1208 SOUTH WILLOWBROOK AVE<br>APT 1<br>COMPTON, CA 90220** | - | | Driver Notice Only | X | X | | <br><br>0.00 |
| Account No.<br><br>**JUAN FRANCISCO MARTINEZ<br>8048 1/2 FELIX AVE<br>BELL GARDENS, CA 90201** | - | | 9/12/2011<br>Driver Notice Only | X | X | | <br><br>0.00 |

Sheet no. __31__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.**                                      ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 10/24/2011 Driver Notice Only | | | | |
| JUAN GIORDANI 4302 CLARA ST APT A CUDAHY, CA 90201 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| JUAN MARTINEZ 838 OLIVE AVE # 8 LONG BEACH, CA 90813 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 10/12/2010 Driver Notice Only | | | | |
| JUAN SALAZAR 410 W. CARSON ST. #17 CARSON, CA 90745 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 4/17/2014 Driver Notice Only | | | | |
| JUAN SALGUERO 2926 NORT FERNDWOOD DR SANTA ANA, CA 92706 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 4/24/2007 Driver Notice Only | | | | |
| JUAN SANTIAGO 6116 EASTBOURNE WAY BAKERSFIELD, CA 93309 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __32__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Coast Bridge Logistics, Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.

**JUAN VIVAR**
**3559 EL SERENO AVE ST. 104**
**LOS ANGELES, CA 90032** | - | | | 2/22/2011
**Driver Notice Only** | X | X | | 0.00 |
| Account No.

**JUAN-FLORES VERA**
**6818 EL SELINDA AVE**
**BELL GARDENS, CA 90201** | - | | | 8/6/2013
**Driver Notice Only** | X | X | | 0.00 |
| Account No.

Julio Atachagua
651 W. 6th St. #A
Tustin, CA 92780 | - | | | 2/18/2013
**Driver Notice Only** | X | X | | 0.00 |
| Account No.

**JULONIE PENN**
**1888 W 23RD ST**
**LOS ANGELES, CA 90018** | - | | | 12/5/2007
**Driver Notice Only** | X | X | | 0.00 |
| Account No.

**JULVIO LANUZA**
**9605 ELIZABETH AVE**
**APT C**
**SOUTH GATE, CA 90280** | - | | | 1/13/2014
**Driver Notice Only** | X | X | | 0.00 |

Sheet no. __33__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Coast Bridge Logistics, Inc.** _____ ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 11/15/2007 **Driver Notice Only** | | | | |
| **JUNG EUN LEE** **11708 VALLEY VIEW AVE #C** **WHITTIER, CA 90604** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Use of Equipment | | | | |
| **K Line America** **61 Broadway #1410** **New York, NY 10006** | - | | | | | | | |
| | | | | | | | | 255.00 |
| Account No. | | | | 02/24/2014 **Notice Only - Collecting on behalf of Victor Castro** | | | | |
| **Kabateck Brown Kellner, LLP** **644 S. Figueroa Street** **Los Angeles, CA 90017** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 12/1/2014 **Driver Notice Only** | | | | |
| **KAN FENG** **1942 DESIRE AVE** **ROWLAND HEIGHTS, CA 91748** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 1/14/2015 **Driver Notice Only** | | | | |
| **KARL FABIEN** **715 W HYDE PARK BLVD** **INGLEWOOD, CA 90302** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __34__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

255.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coast Bridge Logistics, Inc.**                                              ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2/17/2014 Driver Notice Only | | | | |
| KIM LAU 2467 AGOSTINO DR ROWLAND HTS, CA 91748 | - | | | X | X | | 0.00 |
| Account No. | | | Storage | | | | |
| La Puente Equipment Storage 13005 Temple Avenue La Puente, CA 91746 | - | | | | | | 825.00 |
| Account No. | | | Repairs | | | | |
| La Puente Tires, Inc. 18121 Valley Blvd. La Puente, CA 91746 | - | | | | | | 35.00 |
| Account No. | | | Driver Notice Only | | | | |
| LEONEL LOPEZ 15157 SAN JOSE AVE PARAMOUNT, CA 90723 | - | | | X | X | | 0.00 |
| Account No. | | | Driver Notice Only | | | | |
| LIN HOI YEUNG 1920 S. DENTON AVE. A SAN GABRIEL, CA 91776 | - | | | X | X | | 0.00 |

Sheet no. __**35**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **860.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coast Bridge Logistics, Inc.**                                        ,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 9/10/2013 Driver Notice Only | | | | |
| LINBO JIANG 9660 EAST GARVEY AVE S EL MONTE, CA 91733 | - | | | | X | X | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| LONG WEI 4404 HALIFAX ROAD EL MONTE, CA 91731 | - | | | | X | X | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| LUIS GARCIA 410 SOUTH HARBOR BLVD APT M FULLERTON, CA 92832 | - | | | | X | X | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| LUIS GARZARO 12225 DUNE ST NORWALK, CA 90650 | - | | | | X | X | | 0.00 |
| Account No. | | | | 9/24/2007 Driver Notice Only | | | | |
| LUIS GONZALES 23274 ORANGE AVE. APT. 4 LAKE FOREST, CA 92630 | - | | | | X | X | | 0.00 |

Sheet no. __36__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Coast Bridge Logistics, Inc.** _____ ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**LUIS MONTERROSA**<br>**1450 N HEATHDALE AVE**<br>**COVINA, CA 91722** | | - | 11/11/2013<br>**Driver Notice Only** | X | X | | 0.00 |
| Account No.<br><br>**LUIS PINTO**<br>**12413 CLEARGLEN AVE UNIT 23**<br>**WHITTIER, CA 90604** | | - | 5/1/2013<br>**Driver Notice Only** | X | X | | 0.00 |
| Account No.<br><br>**Maersk Agency USA Inc.**<br>**9300 Arrowpoint Blvd**<br>**Charlotte, NC 28273-8136** | | - | Use of Equipment | | | | 5,543.00 |
| Account No.<br><br>**MAGDALENO FLORES**<br>**8151 ZAMORA AVE**<br>**LOS ANGELES, CA 90001** | | - | 3/6/2012<br>**Driver Notice Only** | X | X | | 0.00 |
| Account No.<br><br>**MANUEL MEJIA**<br>**7125 E GAGE AVE APT R**<br>**COMMERCE, CA 90040** | | - | 2/3/2015<br>**Driver Notice Only** | X | X | | 0.00 |

Sheet no. __37__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,543.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.**                              ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 5/13/2011 | | | | |
| MARCO CASTILLO 1860 LANSDOWNE AVE LOS ANGELES, CA 90032 | - | | Driver Notice Only | X | X | | 0.00 |
| Account No. | | | 10/8/2013 | | | | |
| Mario Barrientos 835 N Banning Blvd Apt A Wilmington, CA 90744 | - | | Driver Notice Only | X | X | | 0.00 |
| Account No. | | | 9/22/2014 | | | | |
| MARIO JR URIZAR 1253 W 118TH STREET LOS ANGELES, CA 90044 | - | | Driver Notice Only | X | X | | 0.00 |
| Account No. | | | 8/27/2013 | | | | |
| MARIO MENDEZ 12621 BARLIN AVE DOWNEY, CA 90242 | - | | Labor Commissioner Claim for alleged wage violations | X | X | X | 0.00 |
| Account No. | | | 8/15/2009 | | | | |
| MARIO URIZAR 1253 W 118TH STREET LOS ANGELES, CA 90044 | - | | Driver Notice Only | X | X | | 0.00 |

Sheet no. __38__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coast Bridge Logistics, Inc.**                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 11/13/2013 Driver Notice Only | | | | |
| MARK SOJKA 2408 S VOSS RD #E102 HOUSTON, TX 77057 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 10/7/2013 Driver Notice Only | | | | |
| MARTIN GUZMAN 26001 BUDDE RD #901 SPRING, TX 77380 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2/7/2011 Driver Notice Only | | | | |
| MARTIN MORALES 112 E 76TH PL LOS ANGELES, CA 90003 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 8/20/2012 Driver Notice Only | | | | |
| MARTIN OROZCO 3510 WHITE HOUSE PL LOS ANGELES, CA 90004 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| MARTIN VALDEZ 324 W 62ND ST LOS ANGELES, CA 90003 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __39__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coast Bridge Logistics, Inc.**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Driver Notice Only | | | | |
| MARTIN VALDEZ 321 NEST BIST STREET LOS ANGELES, CA 90003 | | - | | X | X | | 0.00 |
| Account No. | | | 4/19/2012 Driver Notice Only | | | | |
| MARVYN DURAN 2940 PARTRIDE AVE LOS ANGELES, CA 90039 | | - | | X | X | | 0.00 |
| Account No. | | | Use of Equipment | | | | |
| Matson Navigation 426 N 44th Street Suite 250 Phoenix, AZ 85008 | | - | | | | | 390.00 |
| Account No. | | | 1/10/2014 Driver Notice Only | | | | |
| MATTHEW LOFTON 1459 EAST 108TH STREET LOS ANGELES, CA 90059 | | - | | X | X | | 0.00 |
| Account No. | | | 3/30/2011 Driver Notice Only | | | | |
| Mauricio Arevalo 9028 Cedar St Bellflower, CA 90706 | | - | | X | X | | 0.00 |

Sheet no. __40__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    390.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Coast Bridge Logistics, Inc.** _____,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 9/6/2011<br>Driver Notice Only | | | | |
| **Mauricio Bracamonte**<br>**2815 3RD AVE**<br>**Los Angeles, CA 90018** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | Driver Notice Only | | | | |
| **MEDAL RUBEN D**<br>**1003W SIESTA AVE**<br>**LA PUENTE, CA 91746** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | Use of Equipment | | | | |
| **Mediterranean Shipping Co.**<br>**420 5th Avenue**<br>**New York, NY 10018** | - | | | | | | |
| | | | | | | | 17,230.00 |
| Account No. | | | 5/15/2013<br>Driver Notice Only | | | | |
| **MICHAEL NEMIE**<br>**23777 STONECLIFF LN**<br>**HARBOR CITY, CA 90710** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | Driver Notice Only | | | | |
| **MIGUEL GONZALEZ**<br>**13252 WELCH ST**<br>**WATERFORD, CA 95386** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. __41__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,230.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coast Bridge Logistics, Inc.**                                          ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>MIGUEL RODRIGUEZ<br>1148 E 49ST<br>LOS ANGELES, CA 90011 | - | | 6/23/2014<br>Driver Notice Only | X | X | | <br><br>0.00 |
| Account No.<br><br>MING KANG<br>1128 S GARFIELD AE<br>ALHAMBRA, CA 91801 | - | | 6/2/2010<br>Driver Notice Only | X | X | | <br><br>0.00 |
| Account No.<br><br>MING LI<br>222 S CURTIS AVE#B<br>ALAHAMBRA, CA 91801 | - | | 4/11/2013<br>Driver Notice Only | X | X | | <br><br>0.00 |
| Account No.<br><br>MOLINA DAVID<br>434 SAN ANGELO<br>LA PUENTE, CA 91746 | - | | Driver Notice Only | X | X | | <br><br>0.00 |
| Account No.<br><br>NATIVIDAD VARGAS<br>3607 SANBORN AVE APT D<br>LYNWOOD, CA 90262 | - | | 2/3/2009<br>Driver Notice Only | X | X | | <br><br>0.00 |

Sheet no. __42__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.**                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 4/18/2011 Driver Notice Only | | | | |
| Neftaly Ayala 410 S Alexandria Ave Apt 103 Los Angeles, CA 90020 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| NELSON SALAZAR 4212 W 30TH STREET LOS ANGELES, CA 90016 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| NELSON VELASQUEZ PO BOX 3321 SANTA ANA, CA 92703 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2013 Sublease agreement | | | | |
| Network Logistics, Inc. c/o Michael R. Bennett, Esq. 201 Wilshire Blvd., 2nd Floor Santa Monica, CA 90401-1212 | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | 8/3/2010 Driver Notice Only | | | | |
| NORBERTO SOSA 9286 KEWEN AVE SUN VALLEY, CA 91352 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __43__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.**                                        ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2014 Worker's Compensation Claim | | | | |
| Norberto Torres Telleria, Telleria & Levy, LLP 828 W. Las Tunas Drive San Gabriel, CA 91776 | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Use of Equipment | | | | |
| Norton Lilly Int'l Pacific Lines 2510 W Dunlap Ave, #650 Phoenix, AZ 85021 | | - | | | | | | |
| | | | | | | | | 1,955.00 |
| Account No. | | | | Use of Equipment | | | | |
| Norton Lilly Int'l-Wan Hai 2510 W. Dunlap Ave Suite 650 Phoenix, AZ 85021 | | - | | | | | | |
| | | | | | | | | 10,800.00 |
| Account No. | | | | Use of Equipment | | | | |
| NYK Line (NA) Inc. Suite #101-311 Cordova, TN 38016 | | - | | | | | | |
| | | | | | | | | 200.00 |
| Account No. | | | | Driver Notice Only | | | | |
| ODELL SPENCER 2322 CARMONA AVENUE Los Angeles, CA 90016 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __44__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,955.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.** _____ ,  Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Driver Notice Only | | | | |
| Oscar Alemanortiz 10619 Doty Avenue Inglewood, CA 90303 | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | 6/28/2010 Driver Notice Only | | | | |
| Oscar Argueta 6639 Orchard Ave Bell, CA 90201 | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | 4/2/2012 Driver Notice Only | | | | |
| OSCAR CORNEJO 1152 LAGOON AVE WILMINGTON, CA 90744 | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | 9/12/2011 Driver Notice Only | | | | |
| OSCAR INTERIANO 2343 EAST 17TH STREET UNIT#108 LONG BEACH, CA 90804 | | - | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | Driver Notice Only | | | | |
| OSCAR NAVARRO 9128 BURKE ST APT 144 PICO RIVERA, CA 90660 | | - | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. __45__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.**                                      ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 9/6/2011 Driver Notice Only | | | | |
| OSCAR RODRIGUEZ 737 N VENDOME ST APT # 5 LOS ANGELES, CA 90026 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| OSMAN GARCIA 1723 S UNION AVE LOS ANGELES, CA 90015 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 8/9/2010 Driver Notice Only | | | | |
| PAUL GOODE 8248 YARROW ST ROSEMEAD, CA 91770 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 12/10/2010 Driver Notice Only | | | | |
| PEDRO HERRERA 771 ALAMITOS AVE LONG BEACH, CA 90813 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 9/1/2009 Driver Notice Only | | | | |
| PEDRO LOPEZ GONZALEZ 3043 CANFIELD AVE LOS ANGELES, CA 90034 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __46__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Coast Bridge Logistics, Inc.** , Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Driver Notice Only | | | | |
| **PEI CHENG SHANG 20521 CLEARSPRING CT DIAMOND BAR, CA 91789** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | Repairs | | | | |
| **Quinn Cat Rental 10006 Rose Hills Rd City of Industry, CA 90601** | - | | | | | | |
| | | | | | | | 2,768.19 |
| Account No. | | | 1/8/2015 Driver Notice Only | | | | |
| **Rafael Alas 15612 1/2 South White Compton, CA 90221** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | 10/28/2009 Driver Notice Only | | | | |
| **Rafael Argueta 6639 Orchard Ave Bell, CA 90201** | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | 10/1/2012 Driver Notice Only | | | | |
| **RAFAEL CONTRERAS 6526 SOUTH CENTRAL AVE APT G LOS ANGELES, CA 90001** | - | | | X | X | | |
| | | | | | | | 0.00 |

Sheet no. __47__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  2,768.19

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.**                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 12/18/2010 Driver Notice Only | | | | |
| RAFAEL NAVARRO 6043 SALICO PL FONTANA, CA 92336 | - | | | | | X | X | | 0.00 |
| Account No. | | | | | 6/21/2010 Driver Notice Only | | | | |
| RAFAEL SANTANA 4419 BERKSHIRE RD. BAKERSFIELD, CA 93313 | - | | | | | X | X | | 0.00 |
| Account No. | | | | | 6/28/2013 Driver Notice Only | | | | |
| RAMON VALDEZ 2850 CASPIAN AVE LONG BEACH, CA 90810 | - | | | | | X | X | | 0.00 |
| Account No. | | | | | Driver Notice Only | | | | |
| RENE CASTILLO 5216 NORTH ACACIA STREET SAN GABRIEL, CA 91776 | - | | | | | X | X | | 0.00 |
| Account No. | | | | | Driver Notice Only | | | | |
| RENE FONSECA 4849 LA RICA AVE BALDWIN PARK, CA 91706 | - | | | | | X | X | | 0.00 |

Sheet no. __48__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coast Bridge Logistics, Inc.**                                ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Driver Notice Only | | | | |
| RENE FONSECA 11829 FERRIS RD APT B EL MONTE, CA 91732 | | - | | | X | X | | 0.00 |
| Account No. | | | | 10/10/2013 Driver Notice Only | | | | |
| REY CLARO 1330 MARTIN LUTHER KING AVE LONG BEACH, CA 90813 | | - | | | X | X | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| Reynaldo Adolfo 1243 S Holly Place West Covina, CA 91790 | | - | | | X | X | | 0.00 |
| Account No. | | | | 3/2/2012 Driver Notice Only | | | | |
| RICARDO HERRERA 2015 CLYDE AVE LOS ANGLES, CA 90016 | | - | | | X | X | | 0.00 |
| Account No. | | | | 3/4/2014 Driver Notice Only | | | | |
| RICARDO RANGEL 737 WEST 132ND ST GARDENA, CA 90247 | | - | | | X | X | | 0.00 |

Sheet no. __49__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coast Bridge Logistics, Inc.** _____ ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>Richard Arizaga<br>784 Springwood St<br>Apt E<br>Corona, CA 92882 | - | | | 8/20/2012<br>Driver Notice Only | X | X | | 0.00 |
| Account No.<br><br>RICHARD FRAZIER<br>661 TANGIER PL<br>POMONA, CA 91768 | - | | | 11/1/2013<br>Driver Notice Only | X | X | | 0.00 |
| Account No.<br><br>RICKY O'NEAL<br>1040 W 46TH ST<br>LOS ANGELES, CA 90037 | - | | | 11/3/2014<br>Driver Notice Only | X | X | | 0.00 |
| Account No.<br><br>Robert Bogan<br>1352 W 5th St L27<br>Ontario, CA 91762 | - | | | 5/6/2008<br>Driver Notice Only | X | X | | 0.00 |
| Account No.<br><br>ROBERT DAVIS<br>6401 DEL RIO ST #2021<br>HOUSTON, TX 77021 | - | | | 8/28/2013<br>Driver Notice Only | X | X | | 0.00 |

Sheet no. __50__ of __63__ sheets attached to Schedule of    Subtotal    0.00
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coast Bridge Logistics, Inc.**                                          ,        Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Driver Notice Only | | | | |
| ROBERTO SARMIENTO 6039 ROCKNE AVE WHITTIER, CA 90606 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| RODNEY KING 8535 CARGILL ST HOUSTON, TX 77029 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 9/17/2013 Driver Notice Only | | | | |
| ROGER CHAVEZ 9110 SABLE TERRACE LN HOUSTON, TX 77015 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 5/30/2013 Driver Notice Only | | | | |
| ROMERRYLL FISHER 467 W RAYMOND ST COMPTON, CA 90220 | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 9/12/2011 Driver Notice Only | | | | |
| RONALD MOLINA 13429 BENBOW ST BALDWIN PARK, CA 91706 | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __51__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coast Bridge Logistics, Inc.**                                          ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | 5/15/2014 Driver Notice Only | | | | |
| **ROY NOWELL 8034D SANDS POINT DR HOUSTON, TX 77036** | | - | | | X | X | | 0.00 |
| Account No. | | | | 4/18/2013 Driver Notice Only | | | | |
| **RUBEN RICO 3177 POST ST. SOUTH GATE,, CA 90280** | | - | | | X | X | | 0.00 |
| Account No. | | | | Repairs | | | | |
| **Rush Truck Centers 8830 E. Slausen Avenue Pico Rivera, CA 90660-4439** | | - | | | | | | 2,457.40 |
| Account No. | | | | 6/7/2011 Driver Notice Only | | | | |
| **RUSSELL SANTIAGO PO BX 911211 LOS ANGELES, CA 90091** | | - | | | X | X | | 0.00 |
| Account No. | | | | 2010 Lawsuit for alleged wage violations | | | | |
| **SALVADOR MARTINEZ 11734 HARRIS AVE LYNWOOD, CA 90262** | | - | | | X | X | X | 0.00 |

| | | |
|---|---|---|
| Sheet no. __52__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,457.40 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coast Bridge Logistics, Inc.**                                        ,   Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 8/11/2007 | | | | |
| SAM LEE 10624 LAURELHURT DR. EL MONTE, CA 91731 | - | | Driver Notice Only | X | X | | 0.00 |
| Account No. | | | Driver Notice Only | | | | |
| Saul Alvarez 221 W 2nd St San Dimas, CA 91773 | - | | | X | X | | 0.00 |
| Account No. | | | 9/12/2009 | | | | |
| SERGIO  HERNANDEZ 50 E PLYMOUTH ST APT 6 LONG BEACH, CA 90805 | - | | Driver Notice Only | X | X | | 0.00 |
| Account No. | | | 5/30/2013 | | | | |
| SERGIO ESPINOZA 902 N NORMANDIE AVE APT 8 LOS ANGELES, CA 90029 | - | | Driver Notice Only | X | X | | 0.00 |
| Account No. | | | Driver Notice Only | | | | |
| SERGIO EUSEBIO 6629 1/2 GAGE AVE COMMERCE, CA 90040 | - | | | X | X | | 0.00 |

Sheet no. __53__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coast Bridge Logistics, Inc.**                                          ,        Case No. _____
                                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 12/23/2013 Driver Notice Only | | | | |
| SERGIO ZELAYA 11323 SAGEBERRY DR HOUSTON, TX 77089 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 5/2/2013 Driver Notice Only | | | | |
| SHARONE TARVER 2406 COBBDALE LANE HOUSTON, TX 77014 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 9/3/2014 Driver Notice Only | | | | |
| Sidney Bonner 733 S Hindry Ave Inglewood, CA 90301 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| SIMON DELA CRUZ 14419 BAILEY CT VICTORVILLE, CA 92394 | | - | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 9/27/2010 Driver Notice Only | | | | |
| SOLIS FELIPE 361 TRINITY ST LOS ANGELES, CA 90011 | | - | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __54__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Coast Bridge Logistics, Inc.**                                    ,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 9/1/2010 **Driver Notice Only** | | | | |
| **SOTERO CONTRERAS 9425 STRATHMORE LANE RIVERSIDE, CA 92509** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 04/01/2010 **See Attachment to Schedule B** | | | | |
| **South Coast Air Quality Management District 21865 Copley Drive Diamond Bar, CA 91765-4178** | - | | | | X | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | **Utilities** | | | | |
| **Southern California Edison PO Box 300 Rosemead, CA 91772-0001** | - | | | | | | | |
| | | | | | | | | 379.44 |
| Account No. | | | | **Notice Only - Collecting on behalf of Salvador Martinez, Tomas Hernandez, Amancio Ruiz and Fidel Velasquez** | | | | |
| **Stephen Glick, Esq. Law Offices of Stephen Glick 1055 Wilshire Blvd., #1480 Los Angeles, CA 90017** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | **Repairs** | | | | |
| **TEC Equipment Inc. 750 NE Columbia Blvd Portland, OR 97211** | - | | | | | | | |
| | | | | | | | | 60.03 |

Sheet no. __55__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

439.47

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Notice Only - Collecting on behalf of Farenco Logistics | | | | |
| Thomas Odell National Trust Insurance 3328 NE Sugarhill Avenue Jensen Beach, FL 34957 | - | | | | | | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| TIV KE ROEUNG 911 NEW DEPOT ST APT#11 LOS ANGELES, CA 90012 | - | | | | X | X | | 0.00 |
| Account No. | | | | 2010 Lawsuit for alleged wage violations | | | | |
| TOMAS HERNANDEZ 1238 E ADELE ST ANAHEIM, CA 92805 | - | | | | X | X | X | 0.00 |
| Account No. | | | | 2/14/2011 Driver Notice Only | | | | |
| TONY NGUYEN 7004 DRAKE ST CHINO, CA 91710 | - | | | | X | X | | 0.00 |
| Account No. | | | | Chassis Fee | | | | |
| Trac International PO Box 952064 St. Louis, MO 63195-2064 | - | | | | | | | 81.00 |

Sheet no. __56__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

81.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.**                                          ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Repairs | | | | |
| **Traction** 3027 E. Las Hermanas St Rancho Dominguez, CA 90221 | - | | | | | | | 1,743.13 |
| Account No. | | | | 7/26/2013 Driver Notice Only | | | | |
| **TYRONE LAFLEUR** 8110 LEY RD HOUSTON, TX 77028 | - | | | | X | X | | 0.00 |
| Account No. | | | | Use of Equipment | | | | |
| **United Arab Agencies Inc.** 5515 Spalding Drive Peachtree Corners, GA 30092 | - | | | | | | | 3,580.00 |
| Account No. | | | | Postage/Delivery Service | | | | |
| **UPS** PO Box 894820 Los Angeles, CA 90189-4820 | - | | | | | | | 692.07 |
| Account No. | | | | 4/9/2012 Driver Notice Only | | | | |
| **Veronica Almaraz** 6731 Norwalk Blvd Whittier, CA 90606 | - | | | | X | X | | 0.00 |

Sheet no. __57__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 6,015.20

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coast Bridge Logistics, Inc.**                                          ,        Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 02/24/2014 **Class Action Lawsuit for alleged wage violations** | | | | |
| **VICTOR CASTRO 1683 E 56ST LONG BEACH, CA 90805** | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | 8/13/2013 **Driver Notice Only** | | | | |
| **VICTOR MORALES 420 N CORONADO TER APT 5 LOS ANGELES, CA 90026** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 8/14/2013 **Driver Notice Only** | | | | |
| **Victor Morales 420 N CORONADO TERRES # 5 LOS ANGELES, CA 90026** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | **Driver Notice Only** | | | | |
| **VICTOR VILLASENOR MACEDO 1511 N PUENTE AVE APT 62 BALDWIN PARK, CA 91706** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 11/10/2007 **Driver Notice Only** | | | | |
| **VIDAL HENRIQUEZ 7681 WALNUT DRIVE LOS ANGELES, CA 90001** | - | | | | X | X | | |
| | | | | | | | | 0.00 |

Sheet no. __**58**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.**                                                  ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**VIDAL OLIVERA**<br>**737 LEONARD AVE**<br>**LOS ANGELES, CA 90022** | - | | | **9/1/2010**<br>**Driver Notice Only** | X | X | | 0.00 |
| Account No.<br><br>**Vincente Ayala**<br>**537 N Willow Ave**<br>**La Puente, CA 91746** | - | | | **9/2/2009**<br>**Driver Notice Only** | X | X | | 0.00 |
| Account No.<br><br>**WALTER LOZANO**<br>**16218 Denver St.**<br>**Gardena, CA 90248** | - | | | **8/13/2012**<br>**Driver Notice Only** | X | X | | 0.00 |
| Account No.<br><br>**WALTER ZEPEDA DIAZ**<br>**1344 WEST 38TH STREET**<br>**LOS ANGELES, CA 90062** | - | | | **2/21/2011**<br>**Driver Notice Only** | X | X | | 0.00 |
| Account No.<br><br>**WALTON GERALD**<br>**2388 E 113TH APT**<br>**LOS ANGELES, CA 90059** | - | | | **Driver Notice Only** | X | X | | 0.00 |

Sheet no. __59__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.** _____,  Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Recycling | | | | |
| **Waste Management PO Box 541065 Los Angeles, CA 90054-1065** | - | | | | | | 50.56 |
| Account No. | | | 7/9/2010 Driver Notice Only | | | | |
| **WENDELL GOLDEN 24366 DRACATA AVE #B MORENO VALLEY, CA 92553** | - | | | X | X | | 0.00 |
| Account No. | | | 8/23/2007 Driver Notice Only | | | | |
| **WILLIAM CARCANO 4301 LA SIERRA AVE #11 RIVERSIDE, CA 92505** | - | | | X | X | | 0.00 |
| Account No. | | | 12/28/2012 Driver Notice Only | | | | |
| **WILLIAM MARQUEZ 1422 SOUTH LONG BEACH BLVD APT D COMPTON, CA 90221** | - | | | X | X | | 0.00 |
| Account No. | | | 4/29/2014 Driver Notice Only | | | | |
| **WILLIAM STONE 20743 BISHOPS GATE LANE HUMBLE, TX 77338** | - | | | X | X | | 0.00 |

Sheet no. __**60**__ of __**63**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **50.56**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coast Bridge Logistics, Inc.**                                          ,   Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 5/28/2013 Driver Notice Only | | | | |
| WILLY GUEVARA 1626 W 69TH LOS ANGELES, CA 90047 | - | | | | X | X | | 0.00 |
| Account No. | | | | 10/23/2013 Driver Notice Only | | | | |
| XIAOJUN WANG 425 EAST LIVE OAK ARCADIA, CA 91006 | - | | | | X | X | | 0.00 |
| Account No. | | | | 11/5/2013 Driver Notice Only | | | | |
| XUEMING ZHAO 333 W GARVEY AVE STE B 328 MONTEREY PARK, CA 91754 | - | | | | X | X | | 0.00 |
| Account No. | | | | Driver Notice Only | | | | |
| YAN SUN 425 FAIRVIEW AVE #28 ARCADIA, CA 91007 | - | | | | X | X | | 0.00 |
| Account No. | | | | Use of Equipment | | | | |
| Yang Ming (America) Corp 13131 Dairy Ashford Rd #300 Sugar Land, TX 77478 | - | | | | | | | 1,165.00 |

| | | |
|---|---|---|
| Sheet no. __61__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,165.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Coast Bridge Logistics, Inc.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**YAQUN XU**<br>**2540 VIA SANCHEZ**<br>**PALOS VERDES, CA 90274** | - | | Driver Notice Only | X | X | | <br><br>0.00 |
| Account No.<br><br>**YINTEE LAI**<br>**1620 ACACIA ST APT#2**<br>**ALHAMBRA, CA 91801** | - | | 8/12/2013<br>Driver Notice Only | X | X | | <br><br>0.00 |
| Account No.<br><br>**YONG HUI CHO**<br>**17529 LESLIE AVE**<br>**CERRITOS, CA 90703** | - | | Driver Notice Only | X | X | | <br><br>0.00 |
| Account No.<br><br>**YOUNG CHOI**<br>**18395 BASSWOOD ST**<br>**FOUNTAIN VALLEY, CA 92708** | - | | 2/11/2014<br>Driver Notice Only | X | X | | <br><br>0.00 |
| Account No.<br><br>**YOUNG WO KWON**<br>**4092 MAZANITA ST**<br>**IRVINE, CA 92604** | - | | 12/15/2014<br>Driver Notice Only | X | X | | <br><br>0.00 |

Sheet no. __62__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Coast Bridge Logistics, Inc.** _____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 12/9/2010 Driver Notice Only | | | | |
| YUAN YANG 6415 TRELAWNEY AVE TEMPLE CITY, CA 91780 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | Driver Notice Only | | | | |
| YUNFA YUNFA 14764 BLAZING STAR DR CORONA, CA 92880 | - | | | X | X | | |
| | | | | | | | 0.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __63__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 890,711.29 |

B6G (Official Form 6G) (12/07)

.

In re    **Coast Bridge Logistics, Inc.**                                                    Case No. _____

                                                    ,

                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **DAVID DEVAUGHN**<br>**17826 E NEWBURGH ST**<br>**AZUSA, CA 91702** | **Lease with Driver for 2009 Freightliner, VIN**<br>**1FUJA6CK29DAM6271, Plate No. 9E33126**<br>**Beginning lease date: 9/7/10**<br>**Term: 364 weeks**<br>**Monthly Rent: $350 per week**<br>**Buyout Price: $1.00** |
| **De Lage Landen**<br>**Lesseedirect.com**<br>**PO Box 41602**<br>**Philadelphia, PA 19101-1602** | **Toshiba ES206L Copier** |
| **Edwin Cabrera**<br>**4630 WEST MAURIE AVE**<br>**SANTA ANA, CA 92703** | **Lease with Driver for 2009 Freightliner, VIN**<br>**1FUJA6CK99DAM6266, Plate No. 9E33348**<br>**Beginning Date: 9/24/10**<br>**Term: 364 weeks**<br>**Monthly Rent: $350 per week**<br>**Buyout Price: $1.00** |
| **EFRAIN SANCHEZ**<br>**1781 BERN DR**<br>**CORONA, CA 92882** | **Lease with Driver for 2009 Freightliner, VIN**<br>**1FUJBBCKX8LY91702, Plate No. VP63005**<br>**Beginning Date: 1/2/10**<br>**Term: 420 weeks**<br>**Monthly Rent: $200 per week**<br>**Buyout Price: $1.00** |
| **Enrique Armas Lozano**<br>**6531 Live Oak St**<br>**Bell Gardens, CA 90201** | **Lease with Driver for 2008 Volvo, VIN**<br>**4V4NC9TG28N261966, License No. VP77877**<br>**No written contract**<br>**Beginning Date: 8/28/12**<br>**Terms: 60 months**<br>**Monthly Rent: $200 per week** |
| **Murray Plumbing and Heating Corp**<br>**18414 S. Santa Fe Avenue**<br>**Rancho Dominguez, CA 90221** | **Non-residential real property located at 18420 S.**<br>**Santa Fe Avenue, Rancho Dominguez, CA**<br>**Beginning Lease Date: 01/23/2014**<br>**End Lease Date: 02/28/2019**<br>**Monthly Base Rent: $25,000; commencing**<br>**01/01/2015 rent will adjust to $50,000 per month.** |
| **ODELL SPENCER**<br>**2322 CARMONA AVENUE**<br>**Los Angeles, CA 90016** | **Lease with Driver for 2005 Freightliner, VIN**<br>**1FUJBBCK15LU78241 and 2008 Freightliner, VIN**<br>**1FUJBBCK18LZ81272, Plate No. VP62872**<br>**Beginning Date: 2012**<br>**Term: 300 weeks**<br>**Monthly Rent: $200 per week**<br>**Buyout Price: $1.00** |

**1**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Coast Bridge Logistics, Inc.**                                          ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Pacific Ocean Transportation, Inc.**<br>**18420 S Santa Fe Avenue**<br>**Compton, CA 90221** | **Commercial Vehicle Rental Agreement**<br>**Rental of 23 trucks**<br>**Term: Month to month beginning 09/01/14**<br>**Monthly Rent: $17,572.98** |
| **ProLogis California LLC**<br>**47775 Fremont Blvd**<br>**Fremont, CA 94538** | **Lease for non-residentail real property located at**<br>**255 W. Manville St., Compton, CA 90220**<br>**Monthly Base Rent: $55,622.37**<br>**Start Date: 07/01/2010**<br>**End Date: 06/30/2015** |
| **Robert Bogan**<br>**1352 W 5th St L27**<br>**Ontario, CA 91762** | **Lease with Driver for 2011 Freightliner, VIN**<br>**1FUJA6CK8BDAV8192, Plate No. 9E43392**<br>**Beginning Date: 9/2010**<br>**Term: 411 weeks**<br>**Monthly Rent: $300 per week**<br>**Buyout Price: $1.00** |
| **RUBEN RICO**<br>**3177 POST ST.**<br>**SOUTH GATE,, CA 90280** | **Lease with Driver for 2009 Volvo, VIN**<br>**4V4NC9TG99N268978, Plate No. WP02088**<br>**Beginning date: 4/12/13**<br>**Term: 364 weeks**<br>**Monthly Rent: $200 per week**<br>**Buyout Price: $1.00** |
| **SOTERO CONTRERAS**<br>**9425 STRATHMORE LANE**<br>**RIVERSIDE, CA 92509** | **Lease with Driver for 2010 KW, VIN 269882, Plate**<br>**No. 9E35510**<br>**Beginning Date: 09/01/2010**<br>**Term: 360 weeks**<br>**Monthly Rent: $350 per week**<br>**Buyout Price: $1.00** |
| **VIDAL OLIVERA**<br>**737 LEONARD AVE**<br>**LOS ANGELES, CA 90022** | **Lease with Driver for 2010 KW, VIN**<br>**1XKAD09X7AJ269881, Plate No. 9E59487**<br>**Beginning Date: 9/1/10**<br>**Terms: 360 weeks**<br>**Monthly Rent: $350 per week**<br>**Buyout Price: $1.00** |

Sheet **1** of **1** continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Coast Bridge Logistics, Inc.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Global Empire Logistics, Inc.**<br>**18420 S. Santa Fe Avenue**<br>**Compton, CA 90221** | **U.S. Small Business Admin.**<br>**Fresno District Office**<br>**2719 N. Air Fresno Dr., #200**<br>**Fresno, CA 93727-1547** |
| **Global Empire Logistics, Inc.**<br>**18420 S. Santa Fe Avenue**<br>**Compton, CA 90221** | **Wells Fargo Equipment Finance Inc**<br>**733 Marquette Ave., Ste. 700**<br>**MAC N9306-070**<br>**Minneapolis, MN 55402** |
| **Hsin Hsu Wu**<br>**c/o Coast Bridge Logistics, Inc.**<br>**18420 S. Santa Fe Ave**<br>**Compton, CA 90221** | **Wells Fargo Equipment Finance Inc**<br>**733 Marquette Ave., Ste. 700**<br>**MAC N9306-070**<br>**Minneapolis, MN 55402** |
| **Hsin Hsu Wu**<br>**c/o Coast Bridge Logistics, Inc.**<br>**18420 S. Santa Fe Ave**<br>**Compton, CA 90221** | **Community Bank**<br>**7755 Center Ave., Suite 1250**<br>**Huntington Beach, CA 92647** |
| **Hsin Hsu Wu**<br>**c/o Coast Bridge Logistics, Inc.**<br>**18420 S. Santa Fe Ave.**<br>**Compton, CA 90221** | **U.S. Small Business Admin.**<br>**Fresno District Office**<br>**2719 N. Air Fresno Dr., #200**<br>**Fresno, CA 93727-1547** |
| **Michael Wu**<br>**c/o Coast Bridge Logistics, Inc.**<br>**18420 S. Santa Fe Ave.**<br>**Compton, CA 90221** | **Pacific Enterprise Bank**<br>**17748 Sky Park Circle**<br>**Suite 100**<br>**Irvine, CA 92614** |
| **Michael Wu**<br>**c/o Coast Bridge Logistics, Inc.**<br>**18420 S. Santa Fe Ave.**<br>**Compton, CA 90221** | **Wells Fargo Equipment Finance Inc**<br>**733 Marquette Ave., Ste. 700**<br>**MAC N9306-070**<br>**Minneapolis, MN 55402** |
| **Michael Wu**<br>**c/o Coast Bridge Logistics, Inc.**<br>**18420 S. Santa Fe Ave.**<br>**Compton, CA 90221** | **Community Bank**<br>**7755 Center Ave., Suite 1250**<br>**Huntington Beach, CA 92647** |
| **Michael Wu**<br>**c/o Coast Bridge Logistics, Inc.**<br>**18420 S. Santa Fe Ave.**<br>**Compton, CA 90221** | **U.S. Small Business Admin.**<br>**Fresno District Office**<br>**2719 N. Air Fresno Dr., #200**<br>**Fresno, CA 93727-1547** |

**1**
____ continuation sheets attached to Schedule of Codebtors

In re    **Coast Bridge Logistics, Inc.**                                    ,    Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Pacific Ocean Transportation Inc.**<br>**18420 S. Santa Fe Avenue**<br>**Compton, CA 90221** | **U.S. Small Business Admin.**<br>**Fresno District Office**<br>**2719 N. Air Fresno Dr., #200**<br>**Fresno, CA 93727-1547** |
| **Pacific Ocean Transportation Inc.**<br>**18420 S. Santa Fe Avenue**<br>**Compton, CA 90221** | **Wells Fargo Equipment Finance Inc**<br>**733 Marquette Ave., Ste. 700**<br>**MAC N9306-070**<br>**Minneapolis, MN 55402** |
| **Quinco Logistics Inc.**<br>**18420 S. Santa Fe Avenue**<br>**Compton, CA 90221** | **U.S. Small Business Admin.**<br>**Fresno District Office**<br>**2719 N. Air Fresno Dr., #200**<br>**Fresno, CA 93727-1547** |
| **Quinco Logistics Inc.**<br>**18420 S. Santa Fe Avenue**<br>**Compton, CA 90221** | **Wells Fargo Equipment Finance Inc**<br>**733 Marquette Ave., Ste. 700**<br>**MAC N9306-070**<br>**Minneapolis, MN 55402** |
| **The Wu Family Trust**<br>**c/o Coast Bridge Logistics, Inc.**<br>**18420 S. Santa Fe Ave.**<br>**Compton, CA 90221** | **U.S. Small Business Admin.**<br>**Fresno District Office**<br>**2719 N. Air Fresno Dr., #200**<br>**Fresno, CA 93727-1547** |
| **The Wu Family Trust**<br>**c/o Coast Bridge Logistics, Inc.**<br>**18420 S. Santa Fe Ave.**<br>**Compton, CA 90221** | **Wells Fargo Equipment Finance Inc**<br>**733 Marquette Ave., Ste. 700**<br>**MAC N9306-070**<br>**Minneapolis, MN 55402** |
| **Tina Yu-Chen Wang**<br>**c/o Coast Bridge Logistics, Inc.**<br>**18420 S. Santa Fe Ave.**<br>**Compton, CA 90221** | **U.S. Small Business Admin.**<br>**Fresno District Office**<br>**2719 N. Air Fresno Dr., #200**<br>**Fresno, CA 93727-1547** |
| **Tina Yu-Chen Wang**<br>**c/o Coast Bridge Logistics, Inc.**<br>**18420 S. Santa Fe Ave.**<br>**Compton, CA 90221** | **Wells Fargo Equipment Finance Inc**<br>**733 Marquette Ave., Ste. 700**<br>**MAC N9306-070**<br>**Minneapolis, MN 55402** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Coast Bridge Logistics, Inc.**

Debtor(s)

Case No.

Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Secretary and Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**79**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **May  1, 2015**

Signature    **/s/ Hsin Hsu Wu**

**Hsin Hsu Wu**

**Secretary and Chief Financial Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Central District of California

In re   **Coast Bridge Logistics, Inc.**                                    Case No.

_____                 Chapter     **11**
                              Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$9,147,173.00** | **2013: Debtor Business Income** |
| **$6,082,715.00** | **2014: Debtor Business Income** |
| **$429,079.00** | **2015: Debtor Business Income (through March 31, 2015)** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

B7 (Official Form 7) (04/13)                                                                                                    2

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
□

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225˚.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment** | | **$0.00** | **$0.00** |

None
□

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|---|
| **Michael M. Wu** | 04/17/2015 | **$1,246.46** | **$33,374.38** | **$0.00** |
| **c/o Coast Bridge Logistics, Inc.** | 04/03/2015 | **$1,246.46** | | |
| **8420 S. Santa Fe Avenue** | 03/17/2015 | **$1,246.46** | | |
| **Compton, CA 90221** | 03/05/2015 | **$2,286.25** | | |
| **President** | 02/20/2015 | **$2,286.25** | | |
| | 02/04/2015 | **$2,286.25** | | |
| | 01/20/2015 | **$2,286.25** | | |
| | 12/25/2014 | **$980.00** | | |
| | 12/05/2014 | **$2,283.75** | | |
| | 11/20/2014 | **$2,283.75** | | |
| | 11/05/2014 | **$2,283.75** | | |
| | 10/20/2014 | **$2,283.75** | | |
| | 10/03/2014 | **$4,567.50** | | |
| | 07/14/2014 | **$5,807.50** | | |

˚ *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

9:41 AM
04/21/15
Accrual Basis

Case 2:15-bk-17066-VZ   Doc 1   Filed 05/01/15   Entered 05/01/15 18:31:54   Desc
Main Document   Page 97 of 162

Cal Pac Logistics, Inc.
Transactions by Account
From January 21, 205 to April 21, 2015

Attachment to SOFA #3b.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Check | 02/04/2015 | 4525 | Ben Chan | 1/16-1/31/15 | √ | Payroll Expenses | | $1,851.80 |
| Check | 02/20/2015 | 4577 | Ben Chan | 2/1-2/15/15 | √ | Payroll Expenses | | $1,851.81 |
| Check | 03/05/2015 | 4622 | Ben Chan | 2/16-2/28/15 | √ | Payroll Expenses | | $1,851.81 |
| Check | 03/17/2015 | 4656 | Ben Chan | 3/1-3/15/15 | √ | Payroll Expenses | | $1,851.79 |
| Check | 04/03/2015 | 4732 | Ben Chan | 3/16-3/31/15 | / | Payroll Expenses | | $1,851.80 |
| Check | 04/17/2015 | 4795 | Ben Chan | 4/1-4/15/15 | √ | Payroll Expenses | | $1,851.81 |
| | | | | | | | Total | $11,110.82 |
| | | | | | | | | |
| Bill Pmt -Check | 01/26/2015 | 4483 | Capital One | Account ending in 3904 | √ | Accounts Payable | | $9,769.75 |
| Bill Pmt -Check | 02/24/2015 | 4584 | Capital One | Account ending in 3904 | √ | Accounts Payable | | $3,582.47 |
| Bill Pmt -Check | 03/30/2015 | 4710 | Capital One | Account ending in 3904 | / | Accounts Payable | | $1,703.74 |
| | | | | | | | Total | $15,055.96 |
| | | | | | | | | |
| Check | 01/22/2015 | CM012215 | Community Bank | Loan Number: 16101464-Auto Pa | √ | -SPLIT- | | $5,517.99 |
| Check | 02/27/2015 | CB022715 | Community Bank | Loan Number: 16101464-Auto Pa | √ | -SPLIT- | | $5,849.06 |
| Check | 03/27/2015 | CB032715 | Community Bank | Loan Number: 16101464-Auto Pa | √ | -SPLIT- | | $5,517.99 |
| | | | | | | | Total | $16,885.04 |
| | | | | | | | | |
| Check | 01/22/2015 | DP012215 | Dewitt  Petroleum | Inv# CL93004 | √ | Fuel | | $4,545.18 |
| Check | 01/29/2015 | DP012915 | Dewitt  Petroleum | Inv# CL93689 | √ | Fuel | | $356.85 |
| Check | 01/29/2015 | DP012916 | Dewitt  Petroleum | Inv# CL93868 | √ | Fuel | | $3,813.35 |
| Check | 02/05/2015 | DP020515 | Dewitt  Petroleum | Inv# CL94717 | √ | Fuel | | $3,308.66 |
| Check | 02/10/2015 | DP021015 | Dewitt  Petroleum | Inv# CL95584 | √ | Fuel | | $2,575.15 |
| Check | 02/19/2015 | DP021915 | Dewitt  Petroleum | Inv# CL96450 | √ | Fuel | | $2,391.08 |
| Check | 02/27/2015 | DP022715 | Dewitt  Petroleum | Inv# CL97314 | √ | Fuel | | $2,898.99 |
| Check | 03/05/2015 | DP030515 | Dewitt  Petroleum | Inv# CL98187 | √ | Fuel | | $1,718.93 |
| Check | 03/10/2015 | DP031015 | Dewitt  Petroleum | Inv# CL98792 | √ | Fuel | | $4,430.78 |
| Check | 03/19/2015 | DP031915 | Dewitt  Petroleum | Inv# CL99915 | √ | Fuel | | $4,275.07 |
| Check | 03/26/2015 | DP032615 | Dewitt  Petroleum | Inv# CL00783 | √ | Fuel | | $3,850.48 |
| Check | 04/02/2015 | DP040215 | Dewitt  Petroleum | Inv# CL01636 | / | Fuel | | $4,260.47 |
| Check | 04/09/2015 | DP040915 | Dewitt  Petroleum | Inv# CL02499 | * | Fuel | | $3,735.54 |
| Check | 04/10/2015 | DP041015 | Dewitt  Petroleum | Inv# CL03239 | * | Fuel | | $1,425.68 |
| Check | 04/16/2015 | DP041615 | Dewitt  Petroleum | Inv# CL04009 | | Fuel | | $1,576.67 |
| | | | | | | | Total | $45,162.88 |
| | | | | | | | | |
| Bill Pmt -Check | 02/02/2015 | 4505 | DIRECT CHASSISLINK | | √ | Accounts Payable | | $5,077.80 |
| Bill Pmt -Check | 02/17/2015 | 4557 | DIRECT CHASSISLINK | | √ | Accounts Payable | | $5,338.20 |
| Bill Pmt -Check | 02/23/2015 | 4581 | DIRECT CHASSISLINK | | √ | Accounts Payable | | $8,239.80 |
| Bill Pmt -Check | 03/05/2015 | 4616 | DIRECT CHASSISLINK | | √ | Accounts Payable | | $3,066.00 |
| Bill Pmt -Check | 03/16/2015 | 4651 | DIRECT CHASSISLINK | | √ | Accounts Payable | | $3,047.70 |
| Bill Pmt -Check | 03/23/2015 | 4681 | DIRECT CHASSISLINK | | √ | Accounts Payable | | $3,139.20 |
| Bill Pmt -Check | 03/30/2015 | 4709 | DIRECT CHASSISLINK | | / | Accounts Payable | | $2,450.25 |
| Check | 04/08/2015 | 4743 | DIRECT CHASSISLINK | Balance for 2014 | | -SPLIT- | | $520.90 |
| Bill Pmt -Check | 04/16/2015 | 4789 | DIRECT CHASSISLINK | | | Accounts Payable | | $4,913.25 |
| | | | | | | | Total | $35,793.10 |
| | | | | | | | | |
| Check | 01/21/2015 | 4469 | Efrain Sanchez | 1/10-1/16/15 | √ | Driver Pay | | $942.66 |
| Check | 02/04/2015 | 4519 | Efrain Sanchez | 1/17-1/23/15, 1/24-1/30/15 | √ | -SPLIT- | | $2,095.78 |
| Check | 03/11/2015 | 4642 | Efrain Sanchez | 2/7-3/6/15 | √ | -SPLIT- | | $1,376.75 |
| Check | 03/25/2015 | 4696 | Efrain Sanchez | 3/14-3/20/15 | √ | Driver Pay | | $695.62 |
| Check | 03/25/2015 | 4697 | Efrain Sanchez | 3/7-3/13/15 | √ | Driver Pay | | $1,101.80 |
| Check | 04/15/2015 | 4787 | Efrain Sanchez | 3/21-3/27/15, 3/28-4/3/15 | | -SPLIT- | | $1,153.30 |
| | | | | | | | Total | $7,365.91 |

9:41 AM
04/21/15
Accrual Basis

Case 2:15-bk-17066-VZ   Doc 1   Filed 05/01/15   Entered 05/01/15 18:31:54   Desc
Main Document   Page 98 of 162

Cal-Pacific Courier, Inc.
Transactions by Account
From January 21, 205 to April 21, 2015

**Attachment to SOFA #3b.**

| Type | Date | Num | Name | Memo | | Clr | Account | | Amount |
|------|------|-----|------|------|--|-----|---------|--|--------|
| Check | 01/21/2015 | 4462 | Enrique Armas Lozano | 1/10-1/16/15 | | √ | Driver Pay | | $2,561.15 |
| Check | 01/28/2015 | 4497 | Enrique Armas Lozano | 1/17-1/23/15 | | √ | Driver Pay | | $2,144.86 |
| Check | 02/04/2015 | 4509 | Enrique Armas Lozano | 1/24-1/30/15 | | √ | -SPLIT- | | $968.00 |
| Check | 02/11/2015 | 4553 | Enrique Armas Lozano | 1/31/15-2/6/15 | | √ | -SPLIT- | | $1,382.76 |
| Check | 02/18/2015 | 4563 | Enrique Armas Lozano | 2/7-2/13/15 | | √ | -SPLIT- | | $1,256.92 |
| Check | 02/25/2015 | 4587 | Enrique Armas Lozano | 2/14-2/20/15 | | √ | Driver Pay | | $790.62 |
| Check | 03/04/2015 | 4602 | Enrique Armas Lozano | 2/21-2/27/15 | | √ | Driver Pay | | $1,161.17 |
| Check | 03/11/2015 | 4630 | Enrique Armas Lozano | 2/28-3/6/15 | | √ | Driver Pay | | $1,224.57 |
| Check | 03/18/2015 | 4659 | Enrique Armas Lozano | 3/7-3/13/15 | | √ | Driver Pay | | $1,196.06 |
| Check | 03/25/2015 | 4684 | Enrique Armas Lozano | 3/14-3/20/15 | | √ | Driver Pay | | $1,809.65 |
| Check | 04/01/2015 | 4711 | Enrique Armas Lozano | 3/21-3/27/15 | | / | Driver Pay | | $1,829.91 |
| Check | 04/08/2015 | 4745 | Enrique Armas Lozano | 3/28-4/3/15 | | / | Driver Pay | | $1,806.61 |
| Check | 04/15/2015 | 4775 | Enrique Armas Lozano | 4/4-4/10/15 | | | Driver Pay | | $2,374.06 |
| | | | | | | | | Total | $20,506.34 |
| | | | | | | | | | |
| Check | 02/17/2015 | 4562 | Flatiron Capital | Acct# 5236426 | | √ | Prepaid expenses | | $6,024.76 |
| Check | 03/05/2015 | 4620 | Flatiron Capital | Acct# 5237949 | | √ | -SPLIT- | | $943.83 |
| Check | 03/27/2015 | 4675 | Flatiron Capital | Acct# 5236426 | | √ | -SPLIT- | | $6,024.76 |
| | | | | | | | | Total | $12,993.35 |
| | | | | | | | | | |
| Bill Pmt -Check | 02/23/2015 | 4582 | Flexi-Van Leasing, Inc. | Inv# 15M14C1459, 15Q14C0405 | | √ | Accounts Payable | | $4,240.80 |
| Bill Pmt -Check | 03/05/2015 | 4617 | Flexi-Van Leasing, Inc. | Inv# 15M1512398, 15M1512923 | | | Accounts Payable | | $5,444.40 |
| Bill Pmt -Check | 03/23/2015 | 4680 | Flexi-Van Leasing, Inc. | Inv# 15M1522453 | | √ | Accounts Payable | | $12,377.00 |
| | | | | | | | | Total | $22,062.20 |
| | | | | | | | | | |
| Check | 03/11/2015 | 4633 | Hsin Chang Chiang | 2/28-3/6/15 | | √ | Driver Pay | | $2,131.59 |
| Check | 03/18/2015 | 4662 | Hsin Chang Chiang | 3/7-3/13/15 | | √ | Driver Pay | | $3,049.22 |
| Check | 03/25/2015 | 4687 | Hsin Chang Chiang | 3/14-3/20/15 | | / | Driver Pay | | $2,868.41 |
| Check | 04/01/2015 | 4714 | Hsin Chang Chiang | 3/21-3/27/15 | | / | Driver Pay | | $3,129.59 |
| Check | 04/08/2015 | 4748 | Hsin Chang Chiang | 3/28-4/3/15 | | | Driver Pay | | $2,952.58 |
| Check | 04/15/2015 | 4778 | Hsin Chang Chiang | 4/4-4/10/15 | | | Driver Pay | | $3,326.25 |
| | | | | | | | | Total | $17,457.64 |
| | | | | | | | | | |
| Check | 02/04/2015 | 4526 | International Properties Rancho Dominguez | Rent for Feb, 2015 | | √ | Rent | | $10,128.59 |
| Check | 03/03/2015 | 4601 | International Properties Rancho Dominguez | Rent for March, 2015 | | √ | Rent | | $10,337.35 |
| Check | 04/02/2015 | 4729 | International Properties Rancho Dominguez | Rent for April, 2015 | | / | Rent | | $10,342.24 |
| | | | | | | | | Total | $30,808.18 |
| | | | | | | | | | |
| Check | 01/21/2015 | EFTPS012115 | IRS | 941 Employers Federal Tax | | √ | Payroll Taxes | | $1,837.86 |
| Check | 01/28/2015 | EFTPS012815 | IRS | 940 Employers Annual Unemploy | | √ | Payroll Taxes | | $1,564.10 |
| Check | 02/04/2015 | EFTPS020415 | IRS | 941 Employers Federal Tax | | √ | Payroll Taxes | | $1,318.02 |
| Check | 02/20/2015 | EFTPS022015 | IRS | 941 Employers Federal Tax | | √ | Payroll Taxes | | $1,293.34 |
| Check | 03/05/2015 | EFTPS30515 | IRS | 941 Employers Federal Tax | | √ | Payroll Taxes | | $1,228.06 |
| Check | 03/19/2015 | EFTPS31915 | IRS | 941 Employers Federal Tax | | √ | Payroll Taxes | | $1,199.22 |
| Check | 04/03/2015 | IRS040315 | IRS | 941 Employers Federal Tax | | / | Federal excise tax | | $1,438.08 |
| Check | 04/17/2015 | IRS041715 | IRS | 941 Employers Federal Tax | | | Federal excise tax | | $1,383.76 |
| | | | | | | | | Total | $11,262.44 |
| | | | | | | | | | |
| Check | 01/21/2015 | 4460 | Israel Moreno | 1/10-1/16/15 | | √ | Driver Pay | | $749.91 |
| Check | 01/29/2015 | 4503 | Israel Moreno | 1/17-1/23/15 | | √ | Driver Pay | | $793.34 |
| Check | 02/05/2015 | 4537 | Israel Moreno | 1/24-1/30/15 | | √ | Driver Pay | | $461.73 |
| Check | 02/12/2015 | 4556 | Israel Moreno | 1/31/15-2/6/15 | | √ | Driver Pay | | $846.29 |
| Check | 02/18/2015 | 4573 | Israel Moreno | 2/7-2/13/15 | | √ | Driver Pay | | $616.79 |
| Check | 02/25/2015 | 4597 | Israel Moreno | 2/14-2/20/15 | | √ | Driver Pay | | $665.44 |

9:41 AM
04/21/15
Accrual Basis

Case 2:15-bk-17066-VZ   Doc 1   Filed 05/01/15   Entered 05/01/15 18:31:54   Desc
Main Document   Page 99 of 162

Success by Design, Inc
Transactions by Account
From January 21, 205 to April 21, 2015

**Attachment to SOFA #3b.**

| Check | 01/21/2015 | 4472 | Jaime Jr Sanchez | 1/10-1/16/15 | √ | Driver Pay | | $2,178.80 |
|---|---|---|---|---|---|---|---|---|
| Check | 01/28/2015 | 4495 | Jaime Jr Sanchez | 1/17-1/23-15 | √ | Driver Pay | | $1,857.68 |
| Check | 02/04/2015 | 4520 | Jaime Jr Sanchez | 1/24-1/30/15 | √ | -SPLIT- | | $1,321.29 |
| Check | 02/11/2015 | 4542 | Jaime Jr Sanchez | 1/31/15-2/6/15 | √ | -SPLIT- | | $1,651.71 |
| Check | 02/18/2015 | 4570 | Jaime Jr Sanchez | 2/7-2/13/15 | √ | -SPLIT- | | $1,059.48 |
| Check | 02/25/2015 | 4594 | Jaime Jr Sanchez | 2/14-2/20/15 | √ | -SPLIT- | | $1,158.93 |
| Check | 03/04/2015 | 4612 | Jaime Jr Sanchez | 2/21-2/27/15 | √ | Driver Pay | | $1,544.93 |
| Check | 03/11/2015 | 4640 | Jaime Jr Sanchez | 2/28-3/6/15 | √ | Driver Pay | | $1,856.83 |
| Check | 03/18/2015 | 4670 | Jaime Jr Sanchez | 3/7-3/13/15 | √ | Driver Pay | | $2,038.00 |
| Check | 03/25/2015 | 4698 | Jaime Jr Sanchez | 3/14-3/20/15 | √ | Driver Pay | | $1,753.27 |
| Check | 04/01/2015 | 4723 | Jaime Jr Sanchez | 3/21-3/27/15 | / | Driver Pay | | $2,167.75 |
| Check | 04/08/2015 | 4754 | Jaime Jr Sanchez | 3/28-4/3/15 | | Driver Pay | | $1,116.36 |
| Check | 04/15/2015 | 4783 | Jaime Jr Sanchez | 4/4-4/10/15 | | Driver Pay | | $1,136.13 |
| Check | 01/21/2015 | 4470 | Jaime Sanchez | 1/3-1/9/15, 1/10-1/16/15 | √ | -SPLIT- | | $1,513.08 |
| Check | 01/28/2015 | 4493 | Jaime Sanchez | 1/17-1/23-15 | √ | -SPLIT- | | $1,464.46 |
| Check | 02/04/2015 | 4517 | Jaime Sanchez | 1/24-1/30/15 | √ | -SPLIT- | | $840.67 |
| Check | 02/11/2015 | 4544 | Jaime Sanchez | 1/31/15-2/6/15 | √ | -SPLIT- | | $1,616.07 |
| Check | 02/19/2015 | 4575 | Jaime Sanchez | Advance of $1000 | √ | -SPLIT- | | $980.00 |
| Check | 02/25/2015 | 4593 | Jaime Sanchez | 2/14-2/20/15, 2/7-2/13/15 | √ | -SPLIT- | | $959.37 |
| Check | 03/04/2015 | 4610 | Jaime Sanchez | 2/21-2/27/15 | √ | Driver Pay | | $1,644.32 |
| Check | 03/11/2015 | 4638 | Jaime Sanchez | 2/28-3/6/15 | √ | Driver Pay | | $1,747.33 |
| Check | 03/18/2015 | 4668 | Jaime Sanchez | 3/7-3/13/15 | √ | Driver Pay | | $2,091.09 |
| Check | 03/25/2015 | 4694 | Jaime Sanchez | 3/14-3/20/15 | / | Driver Pay | | $1,136.73 |
| Check | 04/01/2015 | 4721 | Jaime Sanchez | 3/21-3/27/15 | / | Driver Pay | | $1,452.63 |
| Check | 04/08/2015 | 4755 | Jaime Sanchez | 3/28-4/3/15 | / | Driver Pay | | $1,926.28 |
| Check | 04/15/2015 | 4784 | Jaime Sanchez | 4/4-4/10/15 | | Driver Pay | | $2,006.65 |
| Check | 01/21/2015 | 4482 | John Campos | 1/10-1/16/15 | √ | -SPLIT- | | $877.81 |
| Check | 01/29/2015 | 4502 | John Campos | 1/17-1/23/15 | √ | Driver Pay | | $577.00 |
| Check | 02/05/2015 | 4536 | John Campos | 1/24-1/30/15 | √ | Driver Pay | | $412.06 |
| Check | 02/12/2015 | 4555 | John Campos | 1/31/15-2/6/15 | √ | Driver Pay | | $654.25 |
| Check | 02/18/2015 | 4572 | John Campos | 2/7-2/13/15 | √ | Driver Pay | | $489.99 |
| Check | 02/25/2015 | 4599 | John Campos | 2/14-2/20/15 | √ | Driver Pay | | $690.25 |
| Check | 03/05/2015 | 4614 | John Campos | 2/21-2/27/15 | √ | Driver Pay | | $290.27 |
| Check | 03/06/2015 | 4626 | John Campos | Success chk# 4491 | √ | Driver Pay | | $300.00 |
| Check | 03/12/2015 | 4646 | John Campos | 2/28-3/6/15 | √ | Driver Pay | | $379.18 |
| Check | 03/18/2015 | 4673 | John Campos | 3/7-3/13/15 | √ | Driver Pay | | $625.82 |
| Check | 03/26/2015 | 4703 | John Campos | 3/14-3/20/15 | √ | Driver Pay | | $1,069.23 |
| Check | 04/02/2015 | 4725 | John Campos | 3/21-3/27/15 | / | Driver Pay | | $1,360.71 |
| Check | 04/09/2015 | 4758 | John Campos | 3/28-4/3/15 | | Driver Pay | | $882.35 |
| Check | 04/16/2015 | 4790 | John Campos | 4/4-4/10/15 | | Driver Pay | | $974.55 |
| Check | 01/21/2015 | 4471 | Jose Sanchez | 1/10-1/16/15 | √ | Driver Pay | | $2,680.80 |
| Check | 01/28/2015 | 4494 | Jose Sanchez | 1/17-1/23-15 | √ | Driver Pay | | $2,165.56 |
| Check | 02/04/2015 | 4518 | Jose Sanchez | 1/24-1/30/15 | √ | -SPLIT- | | $1,726.56 |
| Check | 02/11/2015 | 4543 | Jose Sanchez | 1/31/15-2/6/15 | √ | -SPLIT- | | $2,137.36 |
| Check | 02/18/2015 | 4569 | Jose Sanchez | 2/7-2/13/15 | √ | -SPLIT- | | $1,361.06 |
| Check | 02/25/2015 | 4592 | Jose Sanchez | 2/14-2/20/15 | √ | Driver Pay | | $1,309.06 |
| Check | 03/04/2015 | 4611 | Jose Sanchez | 2/21-2/27/15 | √ | Driver Pay | | $2,336.86 |
| Check | 03/11/2015 | 4639 | Jose Sanchez | 2/28-3/6/15 | √ | Driver Pay | | $1,767.71 |
| Check | 03/18/2015 | 4669 | Jose Sanchez | 3/7-3/13/15 | √ | Driver Pay | | $2,523.79 |
| Check | 03/19/2015 | 4677 | Jose Sanchez | Loan of $5000 | √ | -SPLIT- | | $4,900.00 |
| Check | 03/25/2015 | 4695 | Jose Sanchez | 3/14-3/20/15 | √ | Driver Pay | | $3,361.13 |
| Check | 04/01/2015 | 4722 | Jose Sanchez | 3/21-3/27-15 | / | Driver Pay | | $2,390.26 |
| Check | 04/08/2015 | 4756 | Jose Sanchez | 3/28-4/3/15 | | Driver Pay | | $2,851.56 |
| Check | 04/15/2015 | 4785 | Jose Sanchez | 4/4-4/10/15 | | Driver Pay | | $3,497.83 |

9:41 AM
04/21/15
Accrual Basis

Case 2:15-bk-17066-VZ   Doc 1   Filed 05/01/15   Entered 05/01/15 18:31:54   Desc
Main Document   Page 100 of 162

California Multimodal, Inc.
Transactions by Account
From January 21, 205 to April 21, 2015

Attachment to SOFA #3b.

| Type | Date | Num | Name | Memo | Clr | Account | | Amount |
|---|---|---|---|---|---|---|---|---|
| Check | 01/21/2015 | 4468 | Juan Jose Salguero | 1/10-1/16/15 | √ | Driver Pay | | $2,019.02 |
| Check | 01/28/2015 | 4492 | Juan Jose Salguero | 1/17-1/23-15 | √ | Driver Pay | | $1,309.89 |
| Check | 02/02/2015 | 4508 | Juan Jose Salguero | Repairs | √ | Driver Pay | | $1,000.00 |
| Check | 02/04/2015 | 4516 | Juan Jose Salguero | 1/24-1/30/15 | √ | -SPLIT- | | $1,091.21 |
| Check | 02/11/2015 | 4547 | Juan Jose Salguero | 1/31/15-2/6/15 | √ | -SPLIT- | | $1,499.35 |
| Check | 02/18/2015 | 4568 | Juan Jose Salguero | 2/7-2/13/15 | √ | Driver Pay | | $287.91 |
| Check | 02/25/2015 | 4591 | Juan Jose Salguero | 2/14-2/20/15 | √ | -SPLIT- | | $770.77 |
| Check | 03/04/2015 | 4609 | Juan Jose Salguero | 2/21-2/27/15 | √ | Driver Pay | | $1,190.89 |
| Check | 03/11/2015 | 4637 | Juan Jose Salguero | 2/28-3/6/15 | √ | Driver Pay | | $1,439.21 |
| Check | 03/18/2015 | 4667 | Juan Jose Salguero | 3/7-3/13/15 | √ | Driver Pay | | $1,948.76 |
| Check | 03/25/2015 | 4693 | Juan Jose Salguero | 3/14-3/20/15 | √ | Driver Pay | | $2,108.61 |
| Check | 04/01/2015 | 4720 | Juan Jose Salguero | 3/21-3/27/15 | √ | Driver Pay | | $1,872.70 |
| Check | 04/08/2015 | 4753 | Juan Jose Salguero | 3/28-4/3/15 | / | Driver Pay | | $1,239.54 |
| Check | 04/15/2015 | 4782 | Juan Jose Salguero | 4/4-4/10/15 | √ | Driver Pay | | $2,107.25 |
| Check | 03/12/2015 | 4645 | L.E.C. Service, Inc. | Inv# 56509 | √ | A/C | | $181.67 |
| Check | 04/17/2015 | 4771 | LA County Sheriff's Department | Balance for Case# 13F06674 | | Legal Fees | | $267.78 |
| Check | 02/10/2015 | 4540 | La Puente Equipment Storage, Inc. | Inv.#2 ( Feb, 2015) | √ | -SPLIT- | | $825.00 |
| Check | 03/05/2015 | 4618 | La Puente Equipment Storage, Inc. | Inv# 1108 (March, 2015) | √ | -SPLIT- | | $825.00 |
| Check | 04/07/2015 | 4739 | La Puente Equipment Storage, Inc. | Inv# 1120 (April, 2015) | | -SPLIT- | | $825.00 |
| Check | 01/22/2015 | 4474 | Larson & Gaston, LLP | Inv# 17425, File No. 6287 | √ | Legal Fees | | $1,850.48 |
| Check | 02/04/2015 | 4531 | Larson & Gaston, LLP | Inv# 17551, File No. 6287 | √ | Legal Fees | | $5,244.98 |
| Check | 02/26/2015 | 4598 | Larson & Gaston, LLP | Inv# 17614, File No. 6287 | √ | Legal Fees | | $557.43 |
| Check | 03/16/2015 | 4654 | Larson & Gaston, LLP | File No. 6287 | √ | Deposit | | $15,000.00 |
| Check | 03/24/2015 | 4683 | Larson & Gaston, LLP | Inv# 17702, File No. 6287 | √ | Legal Fees | | $1,650.99 |
| Check | 01/29/2015 | 4501 | Law Office of  William P. Fennell, APLC | Inv# 11102 | √ | Legal Fees | | $6,058.02 |
| Check | 02/19/2015 | 4574 | Law Office of  William P. Fennell, APLC | Inv# 11167 | √ | Legal Fees | | $9,212.50 |
| Check | 03/13/2015 | 4648 | Law Office of  William P. Fennell, APLC | Inv# 11228 | √ | -SPLIT- | | $4,210.00 |
| Check | 03/26/2015 | 4702 | Law Office of  William P. Fennell, APLC | | √ | Legal Fees | | $41,717.00 |
| Check | 04/18/2015 | 4798 | Law Office of  William P. Fennell, APLC | | | Legal Fees | | $4,977.50 |
| Check | 01/22/2015 | 4475 | Lewis Brisbois Bisgaard & Smith | File No. 25197 | √ | -SPLIT- | | $3,512.87 |
| Check | 02/04/2015 | 4530 | Lewis Brisbois Bisgaard & Smith | File No. 25197 | √ | Legal Fees | | $1,222.00 |
| Check | 03/26/2015 | 4700 | Lewis Brisbois Bisgaard & Smith | | √ | -SPLIT- | | $48,500.00 |
| Bill Pmt -Check | 04/09/2015 | 4766 | Maersk Agency U.S.A. Inc. | Customer No. US00716847 | | Accounts Payable | | $4,305.00 |
| Check | 02/04/2015 | 4538 | Marcela Velasco | 1/16-1/31/15 | √ | Payroll Expenses | | $962.71 |
| Check | 02/20/2015 | 4578 | Marcela Velasco | 2/1-2/15/15 | √ | Payroll Expenses | | $1,116.47 |
| Check | 03/05/2015 | 4623 | Marcela Velasco | 2/16-2/28/15 | √ | Payroll Expenses | | $954.23 |
| Check | 03/17/2015 | 4657 | Marcela Velasco | 3/1-3/15/15 | √ | Payroll Expenses | | $993.76 |
| Check | 04/03/2015 | 4733 | Marcela Velasco | 3/16-3/31/15 | / | Payroll Expenses | | $1,171.96 |
| Bill Pmt -Check | 04/09/2015 | 4762 | Matson Navigation | Inv# MNCD80107 (163594) | | Accounts Payable | | $195.00 |
| Bill Pmt -Check | 03/27/2015 | 4704 | Mediteranean Shipping Company (USA) Inc. | Acct# PDCBLI | / | Accounts Payable | | $1,220.00 |
| Check | 02/04/2015 | 4523 | Michael M Wu | 1/16-1/31/15 | √ | Payroll Expenses | | $2,286.25 |
| Check | 02/20/2015 | 4576 | Michael M Wu | 2/1-2/15/15 | √ | Payroll Expenses | | $2,286.25 |
| Check | 03/05/2015 | 4624 | Michael M Wu | 2/16-2/28/15 | √ | Payroll Expenses | | $2,286.25 |
| Check | 03/17/2015 | 4658 | Michael M Wu | 3/1-3/15/15 | √ | Payroll Expenses | | $1,246.46 |
| Check | 04/03/2015 | 4734 | Michael M Wu | 3/16-3/31/15 | / | Payroll Expenses | | $1,246.46 |
| Check | 04/17/2015 | 4796 | Michael M Wu | 4/1-4/15/15 | | Payroll Expenses | | $1,246.46 |
| Bill Pmt -Check | 03/10/2015 | WH031015 | Norton Lilly Int'l | Wan Hai (3/10/15: credits of $300 | √ | Accounts Payable | | $19,800.00 |
| Bill Pmt -Check | 04/09/2015 | 4761 | Norton Lilly Int'l | PIL161813 | | Accounts Payable | | $510.00 |
| | | | | | | | Total | $20,310.00 |
| Check | 01/21/2015 | 4473 | Odell Spencer | 1/10-1/16/15 | √ | Driver Pay | | $1,512.06 |
| Check | 01/28/2015 | 4496 | Odell Spencer | 1/17-1/23-15 | √ | Driver Pay | | $1,710.31 |
| Check | 02/04/2015 | 4521 | Odell Spencer | 1/24-1/30/15 | √ | -SPLIT- | | $2,126.64 |

9:41 AM
04/21/15
Accrual Basis

Case 2:15-bk-17066-VZ   Doc 1   Filed 05/01/15   Entered 05/01/15 18:31:54   Desc
Main Document   Page 101 of 162

Attachment to SOFA #3b.

California Logistics, Inc.
Transactions by Account
From January 21, 205 to April 21, 2015

| Check | 02/11/2015 | 4541 | Odell Spencer | 1/31/15-2/6/15 | √ | -SPLIT- | | $1,344.88 |
|---|---|---|---|---|---|---|---|---|
| Check | 02/18/2015 | 4571 | Odell Spencer | 2/7-2/13/15 | √ | -SPLIT- | | $1,352.99 |
| Check | 02/25/2015 | 4595 | Odell Spencer | 2/14-2/20/15 | √ | Driver Pay | | $844.99 |
| Check | 03/04/2015 | 4613 | Odell Spencer | 2/21-2/27/15 | √ | Driver Pay | | $1,148.91 |
| Check | 03/11/2015 | 4641 | Odell Spencer | 2/28-3/6/15 | √ | Driver Pay | | $1,663.09 |
| Check | 03/18/2015 | 4671 | Odell Spencer | 3/7-3/13/15 | √ | Driver Pay | | $2,023.42 |
| Check | 03/25/2015 | 4699 | Odell Spencer | 3/14-3/20/15 | √ | Driver Pay | | $1,725.83 |
| Check | 04/01/2015 | 4724 | Odell Spencer | 3/21-3/27/15 | / | Driver Pay | | $2,104.91 |
| Check | 04/08/2015 | 4757 | Odell Spencer | 3/28-4/3/15 | / | Driver Pay | | $1,816.14 |
| Check | 04/15/2015 | 4786 | Odell Spencer | 4/4-4/10/15 | √ | Driver Pay | | $1,725.72 |
| | | | | | | | Total | $21,099.89 |
| | | | | | | | | |
| Check | 02/04/2015 | 4529 | Paccar Financial Corp | Acct# 100-693-150-00006012249 | √ | -SPLIT- | | $5,816.01 |
| Check | 03/05/2015 | 4621 | Paccar Financial Corp | Acct# 100-693-150-00006012249 | √ | -SPLIT- | | $5,879.14 |
| Check | 01/28/2015 | 4485 | Pacific Enterprise Bank | Account# 4000031400,400005970 | √ | -SPLIT- | | $27,827.88 |
| Check | 02/24/2015 | 4586 | Pacific Enterprise Bank | Account# 4000031400,400005970 | √ | -SPLIT- | | $27,827.88 |
| Check | 03/24/2015 | 4682 | Pacific Enterprise Bank | Account# 4000031400,400005970 | √ | -SPLIT- | | $27,827.88 |
| | | | | | | | Total | $95,179.20 |
| | | | | | | | | |
| Check | 02/26/2015 | 4649 | Quinco Logistics Inc. | | √ | Due to/form Quinco Group Inc | | $40,000.00 |
| | | | | | | | | |
| Check | 01/21/2015 | 4463 | Robert Lee Bogan, Jr | 1/10-1/16/15 | √ | Driver Pay | | $1,752.83 |
| Check | 01/28/2015 | 4486 | Robert Lee Bogan, Jr | 1/17-1/23/15 | √ | Driver Pay | | $1,258.81 |
| Check | 02/04/2015 | 4510 | Robert Lee Bogan, Jr | 1/24-1/30/15 | √ | -SPLIT- | | $1,112.77 |
| Check | 02/11/2015 | 4552 | Robert Lee Bogan, Jr | 1/31/15-2/6/15 | √ | Driver Pay | | $1,421.00 |
| Check | 02/18/2015 | 4564 | Robert Lee Bogan, Jr | 2/7-2/13/15, 1/31-2/6/15 | √ | -SPLIT- | | $513.58 |
| Check | 02/25/2015 | 4588 | Robert Lee Bogan, Jr | 2/14-2/20/15 | √ | -SPLIT- | | $668.14 |
| Check | 03/04/2015 | 4603 | Robert Lee Bogan, Jr | 2/21-2/27/15 | √ | Driver Pay | | $1,728.45 |
| Check | 03/11/2015 | 4631 | Robert Lee Bogan, Jr | 2/28-3/6/15 | √ | Driver Pay | | $1,264.90 |
| Check | 03/18/2015 | 4660 | Robert Lee Bogan, Jr | 3/7-3/13/15 | √ | Driver Pay | | $850.57 |
| Check | 03/25/2015 | 4685 | Robert Lee Bogan, Jr | 3/14-3/20/15 | / | Driver Pay | | $1,330.98 |
| Check | 04/01/2015 | 4712 | Robert Lee Bogan, Jr | 3/21-3/27/15 | / | Driver Pay | | $1,774.49 |
| Check | 04/03/2015 | 4738 | Robert Lee Bogan, Jr | Reimbursement | / | -SPLIT- | | $400.00 |
| Check | 04/08/2015 | 4746 | Robert Lee Bogan, Jr | 3/28-4/3/15 | | Driver Pay | | $709.92 |
| Check | 04/15/2015 | 4776 | Robert Lee Bogan, Jr | 4/4-4/10/15 | | Driver Pay | | $1,072.55 |
| | | | | | | | Total | $15,858.99 |
| | | | | | | | | |
| Check | 01/29/2015 | RSI012915 | RSI | Down payment | √ | -SPLIT- | | $14,810.20 |
| Check | 02/18/2015 | RSI021815 | RSI | Down payment | √ | -SPLIT- | | $2,420.00 |
| | | | | | | | Total | $17,230.20 |
| | | | | | | | | |
| Check | 01/22/2015 | 4481 | Ruben Razo Rico | 1/10-1/16/15 | √ | Driver Pay | | $1,679.05 |
| Check | 01/28/2015 | 4491 | Ruben Razo Rico | 1/17-1/23-15 | √ | Driver Pay | | $2,125.79 |
| Check | 02/04/2015 | 4515 | Ruben Razo Rico | 1/24-1/30/15 | √ | -SPLIT- | | $1,628.63 |
| Check | 02/11/2015 | 4548 | Ruben Razo Rico | 1/31/15-2/6/15 | √ | -SPLIT- | | $1,958.15 |
| Check | 02/25/2015 | 4590 | Ruben Razo Rico | 2/14-2/20/15 | √ | -SPLIT- | | $1,492.76 |
| Check | 03/04/2015 | 4608 | Ruben Razo Rico | 2/21-2/27/15 | √ | Driver Pay | | $2,145.39 |
| Check | 03/11/2015 | 4636 | Ruben Razo Rico | 2/28-3/6/15 | √ | Driver Pay | | $1,800.32 |
| Check | 03/25/2015 | 4692 | Ruben Razo Rico | 3/7-3/13/15, 3/14-3/20/15 | √ | -SPLIT- | | $2,817.83 |
| Check | 04/01/2015 | 4719 | Ruben Razo Rico | 3/21-3/27/15 | / | Driver Pay | | $1,657.05 |
| Check | 04/08/2015 | 4752 | Ruben Razo Rico | 3/28-4/3/15 | / | Driver Pay | | $2,820.50 |
| | | | | | | | Total | $20,125.47 |
| | | | | | | | | |
| Check | 01/21/2015 | 4465 | Sotero T Contreras | 1/10-1/16/15 | √ | Driver Pay | | $1,322.27 |

9:41 AM
04/21/15
Accrual Basis

Case 2:15-bk-17066-VZ   Doc 1   Filed 05/01/15   Entered 05/01/15 18:31:54   Desc
Main Document   Page 102 of 162

California Cartage, Inc.
Transactions by Account
From January 21, 205 to April 21, 2015

Attachment to SOFA #3b.

| Type | Date | Num | Name | Memo | | Account | | Amount |
|------|------|-----|------|------|---|---------|---|--------|
| Check | 01/28/2015 | 4488 | Sotero T Contreras | 1/17-1/23-15 | √ | Driver Pay | | $1,418.69 |
| Check | 02/04/2015 | 4512 | Sotero T Contreras | 1/24-1/30/15 | √ | Driver Pay | | $1,376.71 |
| Check | 02/11/2015 | 4550 | Sotero T Contreras | 1/31/15-2/6/15 | √ | Driver Pay | | $1,336.50 |
| Check | 02/18/2015 | 4565 | Sotero T Contreras | 2/7-2/13/15, 1/31-2/6/15 | √ | -SPLIT- | | $633.52 |
| Check | 03/04/2015 | 4605 | Sotero T Contreras | 2/14-2/20/15, 2/21-2/27/15 | √ | -SPLIT- | | $646.48 |
| Check | 03/11/2015 | 4634 | Sotero T Contreras | 2/28-3/6/15 | √ | Driver Pay | | $1,619.06 |
| Check | 03/18/2015 | 4663 | Sotero T Contreras | 3/7-3/13/15 | √ | Driver Pay | | $1,595.42 |
| Check | 03/25/2015 | 4688 | Sotero T Contreras | 3/14-3/20/15 | √ | Driver Pay | | $1,817.73 |
| Check | 04/01/2015 | 4715 | Sotero T Contreras | 3/21-3/27/15 | / | Driver Pay | | $1,633.78 |
| Check | 04/08/2015 | 4749 | Sotero T Contreras | 3/28-4/3/15 | | Driver Pay | | $1,666.05 |
| Check | 04/15/2015 | 4779 | Sotero T Contreras | 4/4-4/10/15 | | Driver Pay | | $1,697.63 |
| | | | | | | | Total | $16,763.84 |
| | | | | | | | | |
| Check | 01/22/2015 | TI012215 | Trac Intermodal | Inv# 8ANK0945 | √ | Chassis Fee | | $6,158.40 |
| Check | 02/02/2015 | TI020215 | Trac Intermodal | Inv# 8ANL8030 | √ | Chassis Fee | | $7,719.00 |
| Check | 02/17/2015 | TI021715 | Trac Intermodal | Inv# P1NL3438, 7ANL5830 | √ | -SPLIT- | | $3,061.65 |
| Check | 03/05/2015 | 4615 | Trac Intermodal | Balance for Inv# 8ANH2806, 8AN. | √ | -SPLIT- | | $102.75 |
| Bill Pmt -Check | 03/05/2015 | TI030515 | Trac Intermodal | 7AOA0615, P1OA8904, 8AOA218 | √ | Accounts Payable | | $9,397.35 |
| Bill Pmt -Check | 03/23/2015 | TA032315 | Trac Intermodal | Inv# P1OB048, 7AOB6061, 8AOB | √ | Accounts Payable | | $8,847.60 |
| Bill Pmt -Check | 04/08/2015 | 4744 | Trac Intermodal | Balance for Inv# 7AOB6061 | | Accounts Payable | | $20.25 |
| | | | | | | | Total | $35,307.00 |
| | | | | | | | | |
| Check | 01/21/2015 | 4467 | Vidal Olivera | 1/10-1/16/15 | √ | Driver Pay | | $882.49 |
| Check | 01/28/2015 | 4490 | Vidal Olivera | 1/17-1/23/15 | √ | Driver Pay | | $1,230.37 |
| Check | 02/04/2015 | 4514 | Vidal Olivera | 1/24-1/30/15 | √ | -SPLIT- | | $653.39 |
| Check | 02/18/2015 | 4567 | Vidal Olivera | 1/31-2/6/15 | √ | Driver Pay | | $64.79 |
| Check | 02/24/2015 | 4583 | Vidal Olivera | Loan of $1500 | √ | -SPLIT- | | $1,470.00 |
| Check | 03/04/2015 | 4607 | Vidal Olivera | 2/21-2/27/15 | √ | -SPLIT- | | $427.13 |
| Check | 03/11/2015 | 4635 | Vidal Olivera | 2/28-3/6/15 | √ | Driver Pay | | $633.04 |
| Check | 03/18/2015 | 4666 | Vidal Olivera | 3/7-3/13/15 | √ | Driver Pay | | $1,313.87 |
| Check | 03/25/2015 | 4691 | Vidal Olivera | 3/14-3/20/15 | √ | Driver Pay | | $1,971.75 |
| Check | 04/01/2015 | 4718 | Vidal Olivera | 3/21-3/27/15 | / | Driver Pay | | $866.29 |
| Check | 04/08/2015 | 4751 | Vidal Olivera | 3/28-4/3/15 | | Driver Pay | | $811.53 |
| Check | 04/15/2015 | 4788 | Vidal Olivera | 4/4-4/10/15 | | Driver Pay | | $2,391.76 |
| | | | | | | | Total | $12,716.41 |
| | | | | | | | | |
| Bill Pmt -Check | 01/22/2015 | 4480 | Wells Fargo Equipment Finance | Account Number: 4484 6100 0238 | √ | Accounts Payable | | $3,672.91 |
| Bill Pmt -Check | 02/24/2015 | 4585 | Wells Fargo Equipment Finance | Account Number: 4484 6100 0238 | | Accounts Payable | | $417.49 |
| Bill Pmt -Check | 03/16/2015 | 4653 | Wells Fargo Equipment Finance | Account Number: 4484 6100 0238 | | Accounts Payable | | $206.45 |
| Bill Pmt -Check | 04/14/2015 | 4773 | Wells Fargo Equipment Finance | Account Number: 4484 6100 0238 3605 | | Accounts Payable | | $109.95 |
| Check | 02/04/2015 | 4532 | Wells Fargo Equipment Finance | Inv# 9899469, Contract No. 001-0 | | -SPLIT- | | $2,724.81 |
| Check | 03/10/2015 | 4628 | Wells Fargo Equipment Finance | Inv# 9979473, Contract No. 001-0 | | -SPLIT- | | $2,724.81 |
| Check | 04/02/2015 | 4727 | Wells Fargo Equipment Finance | Inv# 10059692, Contract No. 001- | | -SPLIT- | | $2,724.81 |
| | | | | | | | Total | $12,581.23 |

10:17 AM
04/30/15
Accrual Basis

**Coast Bridge Logistics, Inc.**

Case 2:15-bk-17066-VZ    Doc 1    Filed 05/01/15    Entered 05/01/15 18:31:54    Desc
Main Document    Page 103 of 162

**Attachment to SOFA #3b.**

| Type | Date | Num | Name | Memo | Account | Split | Amount |
|------|------|-----|------|------|---------|-------|--------|
| **Apr 23 - 30, 15** | | | | | | | |
| Check | 04/24/2015 | 4823 | Ben Chan | 4/16-4/24/15 | Community Bank | Payroll Expenses | -$1,235.32 |
| Check | 04/24/2015 | CY042415 | Chun Yu Chang | 4/16-4/24/15 | Community Bank | Payroll Expenses | -$460.91 |
| Check | 04/27/2015 | DP042715 | Community Bank | Loan Number: 16101464-Auto Pay | Community Bank | -SPLIT- | -$5,517.99 |
| Check | 04/29/2015 | 4835 | Dave E Devaughn | 4/18-4/24/15 | Community Bank | Driver Pay | -$421.18 |
| Check | 04/30/2015 | DP043015 | Dewitt Petroleum | Inv# CL05725 | Community Bank | Fuel | -$2,947.15 |
| Check | 04/23/2015 | DP042315 | Dewitt Petroleum | Inv# CL04865 | Community Bank | Fuel | -$3,008.22 |
| Check | 04/24/2015 | 4826 | EDD | Tax Form DE-88 | Community Bank | Payroll Taxes | -$81.16 |
| Check | 04/29/2015 | 4832 | Edwin Cabrera | 4/18-4/24/15 | Community Bank | Driver Pay | -$791.93 |
| Check | 04/29/2015 | 4841 | Efrain Sanchez | 4/11-4/17/15, 4/18-4/24/15 | Community Bank | -SPLIT- | -$1,375.88 |
| Check | 04/29/2015 | 4830 | Enrique Armas Lozano | 4/18-4/24/15 | Community Bank | Driver Pay | -$2,211.81 |
| Check | 04/23/2015 | 4816 | Gregory Davis | 4/4-4/10/15 | Community Bank | Driver Pay | -$409.50 |
| Check | 04/29/2015 | 4833 | Hsin Chang Chiang | 4/18-4/24/15 | Community Bank | Driver Pay | -$3,640.00 |
| Check | 04/28/2015 | IRS042815 | IRS | Form 940 (2015) | Community Bank | Federal excise tax | -$132.10 |
| Check | 04/24/2015 | IRS042415 | IRS | 941 Employers Federal Tax | Community Bank | Federal excise tax | -$775.95 |
| Check | 04/29/2015 | 4842 | Jaime Jr Sanchez | 4/18-4/24/15 | Community Bank | Driver Pay | -$878.13 |
| Check | 04/29/2015 | 4839 | Jaime Sanchez | 4/18-4/24/15 | Community Bank | Driver Pay | -$678.89 |
| Check | 04/23/2015 | 4817 | John Campos | 4/11-4/17/15 | Community Bank | Driver Pay | -$1,025.10 |
| Check | 04/29/2015 | 4840 | Jose Sanchez | 4/18-4/24/15 | Community Bank | Driver Pay | -$1,813.31 |
| Check | 04/29/2015 | 4838 | Juan Jose Salguero | 4/18-4/24/15 | Community Bank | Driver Pay | -$1,055.44 |
| Check | 04/24/2015 | 4820 | Larson & Gaston, LLP | Inv# 17806, File No. 6287 | Community Bank | Legal Fees | -$2,743.61 |
| Check | 04/24/2015 | 4822 | Larson & Gaston, LLP | Inv# 17856, File No. 6287 | Community Bank | Legal Fees | -$1,950.00 |
| Check | 04/29/2015 | WF042915 | Law Office of William P. Fennell, A | Inv# 11351 | Community Bank | Legal Fees | -$28,192.50 |
| Check | 04/24/2015 | MV042415 | Marcela Velasco | 4/16-4/24/15 | Community Bank | Payroll Expenses | -$712.46 |
| Check | 04/24/2015 | 4825 | Michael M Wu | 4/16-4/24/15 | Community Bank | Payroll Expenses | -$824.64 |
| Check | 04/29/2015 | 4843 | Odell Spencer | 4/18-4/24/15 | Community Bank | Driver Pay | -$1,700.82 |
| Check | 04/24/2015 | 4821 | Pacific Enterprise Bank | Account# 4000031400,400005970 | Community Bank | -SPLIT- | -$27,812.69 |
| Bill Pmt -Check | 04/28/2015 | 4828 | Philip L. Chan CPA | Inv# 7287 | Community Bank | Accounts Payable | -$2,500.00 |
| Check | 04/23/2015 | 4818 | Philip L. Chan CPA | Inv# 7343 | Community Bank | Accounting | -$2,950.00 |
| Check | 04/29/2015 | 4831 | Robert Lee Bogan, Jr | 4/18-4/24/15 | Community Bank | Driver Pay | -$1,657.36 |
| Check | 04/24/2015 | 4827 | RSI | Down Payment | Community Bank | Insurance | -$13,350.00 |
| Check | 04/29/2015 | 4837 | Ruben Razo Rico | 4/18-4/24/15 | Community Bank | Driver Pay | -$2,124.54 |
| Check | 04/29/2015 | 4834 | Sotero T Contreras | 4/18-4/24/15 | Community Bank | Driver Pay | -$1,353.58 |
| Check | 04/29/2015 | 4836 | Vidal Olivera | 4/18-4/24/15 | Community Bank | Driver Pay | -$1,515.75 |
| Bill Pmt -Check | 04/28/2015 | 4829 | Wells Fargo | Acct# 5474 6488 0533 1354 | Community Bank | Accounts Payable | -$151.06 |
| **Apr 23 - 30, 15** | | | | | | | **-$117,998.98** |

B7 (Official Form 7) (04/13)                                                                                                                    3

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None      a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐         this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
          whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Juan Salazar v. Coast Bridge Logistics, Inc. State Case No. 05-59456 FC** | **Unlawful Deductions from Wages** | **Labor Commissioner, State of California Dept of Industrial Relations Division of Labor Standards Enforcement 300 Oceangate, Suite 302 Long Beach, CA 90802** | **Labor Commissioner Order, Decision, Award entered, served to Debtor 4/9/15 Defendant entitled to recover $115,749.42** |
| **Norberto Torres Sosa v. Coast Bridge Logistics, Inc. State Case No. 05-59457 FC** | **Unlawful deductions from wages** | **Labor Commissioner, State of California Dept. of Industrial Relations Division of Labor Standards Enforcement 300 Oceangate, Suite 302 Long Beach, CA 90802** | **Labor Commissioner Order, Decision, Award entered, served to Debtor 4/9/15 Defendant entitled to recover $145,785.78** |

B7 (Official Form 7) (04/13)                                                                                     4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Victor Castro v. Coast Bridge Logistics, Inc. Case No. BC537251** | **Class Action for (1) Misclassification of Employees; Violation of Labor Code § 226.8(a)(1); (2) Failure to Provide Meal Periods; (3) Failure to Provide Rest Breaks; (4) Failure to Pay Overtime Wages; (5) Failure to Pay Minimum Wages; (6) Failure to Pay All Wages Upon Separation; (7) Failure to Furnish Timely and Accurate Wage Statements; (8) Failure to Pay All Wages Owed Every Pay Period; and (9) Violation of California Unfair Competition Act** | **Los Angeles Superior Court 600 S. Commonwealth Avenue Los Angeles, CA 90005** | **Pending / Ordered to Arbitration** |
| **Comref Industrial v. Coast Bridge Logistics, Inc. Case No. BC552443** | **Unlawful Detainer; Breach of Written Lease; Violation of Civil Code §1995.330** | **Los Angeles Superior Court** | **Landlord has possession; action for damages pending** |

B7 (Official Form 7) (04/13)                                                                                                                    5

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Salvador Martinez, Tomas Hernandez, Amancio Ruiz and Fidel Velasquez v. Coast Bridge Logistics, Inc., and Michael Wu Case No. NC059386** | **(1) Failure to reimburse plaintiffs for all necessary expenditures; (2) Failure to provide required meal periods; (3) Failure to provide required rest periods; (4) Willful misclassification of an individual as an independant contractor; (5) Failure to provide accurate itemized wage statements; (6) Unfair business practices; (7) Failure to pay all earned wages upon separation; (8) Recovery of penalties under Private Attorney General Act** | **Los Angeles Superior Court 275 Magnolia Avenue Long Beach, CA 90802** | **Pending** |

B7 (Official Form 7) (04/13)                                                                                                          6

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Jose Luis Monterosa vs. Coast Bridge Logistics, Inc.**<br>**Case No. BC575338** | **Class Action Complaint for: 1) Misclassification of Employees; Violation of Labor Code §226.8(a)(1); 2) Failure to Provide Meal Periods; 3) Failure to Provide Rest Breaks; 4) Failure to Pay Overtime Wages; 5) Failure to Pay Minimum Wages; 6) Failure to Pay All Wages Upon Separation; 7) Failure to Furnish Timely and Accurate Wage Statements; 8) Failure to Pay All Wages Owed Every Pay Period; 9) Failure to Reimburse Business Expenses; and Violation of California's Unfair Competition Act** | **Los Angeles Superior Court**<br>**600 S. Commonwealth Avenue**<br>**Los Angeles, CA 90005** | **Pending** |
| **Mario Mendez v. Coast Bridge Logistics, Inc.**<br>**State Case No. 05-58475 FC** | **Unlawful deductions from wages** | **Labor Commissioner, State of California**<br>**Dept. of Industrial Relations**<br>**Division of Labor Standards Enforcement**<br>**300 Oceangate, Suite 302**<br>**Long Beach, CA 90802** | **Pending** |
| **German Merino v. Coast Bridge Logistics, Inc.**<br>**State Case No. 05-58439 FC** | **Unlawful deductions from wages** | **Labor Commissioner, State of California**<br>**Department of Industrial Relations**<br>**Division of Labor Standards Enforcement**<br>**300 Oceangate, Suite 302**<br>**Long Beach, CA 90802** | **Pending** |
| **Noberto Torres v. Coast Bridge Logistics, Inc., et al.**<br>**Case No. ADJ9191430** | **Workers' Compensation** | **Workers' Compensation Appeals Board**<br>**State of California** | **Pending** |

B7 (Official Form 7) (04/13)                                                                                                          7

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Eustaquio Lopez v. Coast Bridge Logistics, Inc. State Case No. 05-63936KR** | **Unlawful Deductions from Wages** | **Labor Commissioner, State of California** **Dept. of Industrial Relations Division of Labor Standards Enforcement** **300 Oceangate, Suite 302 Long Beach, CA 90802** | **Pending** |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                           8

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of William P. Fennell, APLC** **401 West A Street, Suite 1800** **San Diego, CA 92101** | **08/08/2014** **08/21/2014** **09/04/2014** **10/27/2014** **01/15/2015** **01/27/2015** **02/09/2015** **02/23/2015** **03/23/2015** **04/17/2015** **04/29/2015** **04/29/2015** | **$3,967.50 ($3,900 fees; $67.50 costs)** **$1,350.00 fees** **$1,182.50 fees** **$2,560.00 fees** **$4,925.00 ($4,704.48 fees; $220.52 costs)** **$1,575.00 fees** **$6,058.02 fees** **$9,212.50 fees** **$4,210.00 fees** **$5,109.46 ($4,977.50 fees; $131.96 costs)** **$28,192.50 fees** **$1,717.00 (filing fee)** **(There is currently a balance $39,843.04 in the client trust account)** |

---

**10. Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Pacific Ocean Transportation, Inc.** **18420 S Santa Fe Avenue** **Compton, CA 90221** **    Similar Ownership** | **06/13/2014** | **See Attachment Re: POCA** **Commercial trucks sold in value of $125,000 per Promissory Note for monthly installments of $5,372 all due August 2016.** |
| **CBL Freight Systems, Inc.** **18420 S. Santa Fe Avenue** **Compton, CA 90221** | **01/22/2015** | **Profit Tools, various licenses (Profit Tools Trucking Software), Camera Systems - Vitek HD Recorders x2, Vitek 7 Indoor Cameras, Vitek 13 Outdoor Cameras, GE Alarm Panel, Cables and Connectors, Telephone System, Fairbanks Scale Read Out 2550, Scale Interface Analog, Local Cell Kit 3,000 lbs, TMU295 Printer, Printer Cable Value received:  $93,193.20** |

---

**Attachment to Statement of Financial Affairs**

No. 10. Other Transfers

| PLATE N | VIN | TRUCK YEAR | Title Owner | Value |
|---|---|---|---|---|
| 9E33127 | 1FUJA6CK09DAM6267 | 2009 Freightliner | Coast Bridge sold to POCA | $30,000 |
| 9E36210 | 1FUJA6CK69DAM6273 | 2009 Freightliner | Coast Bridge sold to POCA | $32,000 |
| 9E36214 | 1FUJA6CK89DAM6274 | 2009 Freightliner | Coast Bridge sold to POCA | $30,000 |
| WP22654 | 4V4NC9TG29N277666 | 2008 Volvo | Coast Bridge sold to POCA | $33,000 |
| WP21810(TX | 1FUJBBCV77LX26117 | 2007 Freightliner | Coast Bridge sold to POTX | $11,500 |
| WP21809(TX | 1FUJBBCV07LX26119 | 2007 Freightliner | Coast Bridge sold to POTX | $11,500 |
| WP21811 | 1FUJBBCV97LX26118 | 2007 Freightliner | Coast Bridge sold to POTX | $11,500 |
| WP21808 | 1FUJBBCV57LX26116 | 2007 Freightliner | Coast Bridge sold to POTX | $11,500 |
| VP76007 | 1FUJBBCK15LU78241 | 2005 Freightliner | Coast Bridge sold to POTX | $11,250 |
| VP76010 | 1FUJBBCK85LU78298 | 2005 Freightliner | Coast Bridge sold to POTX | $10,700 |
| VP76009 | 1FUJBBCK16LU97177 | 2006 Freightliner | Coast Bridge sold to POTX | $10,500 |
| VP76013 | 1FUJBBCK66LU97000 | 2006 Freightliner | Coast Bridge sold to POTX | $10,500 |
| VP76012 | 1FUJA6CK06LU46179 | 2006 Freightliner | Coast Bridge sold to POTX | $12,100 |
| WP35208 | 1FUJBBCK65LU78302 | 2005 Freightliner | Coast Bridge sold to POTX | $11,600 |

B7 (Official Form 7) (04/13)                                                                                                                            9

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **JESUS SANCHEZ**<br>**537 OCEAN AVE**<br>**PERRIS, CA 92571**<br>**None - Driver** | **04/09/2014** | **2009 Peterbilt VIN 1XPHDB9XX9N764116**<br>**$33,000**<br>**2008 Volvo VIN 4V4NC9TG19N268537   $32,500**<br>**Transfer per completed lease to own agreement** |
| **JUAN SALGUERO**<br>**2926 NORT FERNDWOOD DR**<br>**SANTA ANA, CA 92706**<br>**None - Driver** | **02/26/2014** | **2009 Volvo VIN 4V4NC9TG19N268537   $32,500**<br>**Transfer per completed lease to own agreement** |
| **JAIME SANCHEZ**<br>**525 DEL MAR DRIVE**<br>**BAKERSFIELD, CA 93307**<br>**None - Driver** | **08/27/2014** | **2008 Volvo VIN 4V4NC9TG59N268430   $32,500**<br>**Transfer per completed lease to own agreement** |
| **JOSE SANCHEZ**<br>**525 DEL MAR DRIVE**<br>**BAKERSFIELD, CA 93307**<br>**None - Driver** | **09/10/2014** | **2009 Volvo VIN 4V4NC9TG39N273156   $32,500**<br>**Transfer per completed lease to own agreement** |
| **Pacific Ocean Transportation, Inc.**<br>**8127 Miller Road #3**<br>**Houston, TX 77049**<br>**Similar Ownership** | **08/14/2014** | **See Attachment Re: POTX**<br>**Commercial trucks sold in value of $112,650 per**<br>**Promissory Note for monthly installments of**<br>**$4,842 all due July 2016.** |

None
■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Pacific Enterprise Bank**<br>**Irvine, CA** | **Checking #8660** | **$530.92  04/11/2014** |
| **Cathay Bank**<br>**Industry, CA** | **Checking #5978** | **$7,676.76  03/05/2014** |
| **Cathay Bank**<br>**Industry, CA** | **Savings #** | **$** |

---

**12. Safe deposit boxes**

None
■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                10

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **255 W. Manville Street Compton, CA 90220** | **Coast Bridge Logistics, Inc.** | **05/17/2010 - 01/22/2014** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                          11

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Philip L. Chan, CPA** | **2009 to present** |
| **600 South Lake Ave., #301** | |
| **Pasadena, CA 91106** | |

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

B7 (Official Form 7) (04/13)                                                                                                                      12

| NAME | ADDRESS |
|------|---------|

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None
■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None
☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|
| **Michael Wu**<br>**c/o Coast Bridge Logistics, Inc.**<br>**18420 S. Santa Fe Ave.**<br>**Compton, CA 90221** | **President** | **35%** |
| **Tina Yu-Chen Wang**<br>**c/o Coast Bridge Logistics, Inc.**<br>**18420 S. Santa Fe Ave.**<br>**Compton, CA 90221** | **Treasurer** | **35%** |
| **Hsin Hsu Wu**<br>**c/o Coast Bridge Logistics, Inc.**<br>**18420 S. Santa Fe Ave**<br>**Compton, CA 90221** | **Secretary and CFO** | **30%** |

### 22 . Former partners, officers, directors and shareholders

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|----------------------|

B7 (Official Form 7) (04/13)                                                                                                  13

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Hsin Hsu Wu** | **12/9/2013 - Distribution** | **$7,500** |
| **Vice President** | | |
| **Michael Wu** | **12/31/13 - Distribution** | **$25,000** |
| **President** | | |

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ☐    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                                   TAXPAYER IDENTIFICATION NUMBER (EIN)
**Coast Bridge Logistics 401(k) Profit Sharing Plan**                                **945756-01**

\* \* \* \* \* \*

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **May  1, 2015**                                  Signature    **/s/ Hsin Hsu Wu**
                                                                        **Hsin Hsu Wu**
                                                                        **Secretary and Chief Financial Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/98)     1998 USBC, Central District of California

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **CENTRAL DISTRICT OF CALIFORNIA** | |
| In re <br><br> **Coast Bridge Logistics, Inc.** <br><br><div align="right">Debtor.</div> | Case No.: <br><br> **DISCLOSURE OF COMPENSATION** <br> **OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                                    $    $275-$375 per hour

    Prior to the filing of this statement I have received                           $           67,922.50

    Balance Due                                                                      $                 0.00

2.  $  **1,717.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

**Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)**        **1998 USBC, Central District of California**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services
      **Representation of the debtor(s) in any dischargeability actions, judicial lien avoidances, relief from stay actions, adversary proceeding or any other contested matters or in connection with any objections to Client(s) exemptions.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 1, 2015**                              **/s/William P. Fennell**

*Date*                                       **William P. Fennell 164210**
                                             *Signature of Attorney*
                                             **Law Office of William P. Fennell, APLC**
                                             *Name of Law Firm*
                                             **401 West A Street, Suite 1800**
                                             **San Diego, CA 92101**
                                             **619-325-1560  Fax: 619-325-1558**

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**William P. Fennell**
**401 West A Street, Suite 1800**
**San Diego, CA 92101**
**619-325-1560 Fax: 619-325-1558**
California State Bar Number: **164210**
**office@fennelllaw.com**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor(s):*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Coast Bridge Logistics, Inc.**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(d)]**

Debtor(s).

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __42__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **May  1, 2015**

**/s/ Hsin Hsu Wu**
Debtor's signature

Date: **May  1, 2015**

Joint Debtor's signature (if applicable)

Date: **May  1, 2015**

**/s/ William P. Fennell**
Attorney's signature (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*    **F 1007-1.MAILING.LIST.VERIFICATION**

William P. Fennell
Law Office of William P. Fennell, APLC
401 West A Street, Suite 1800
San Diego, CA 92101


Abel Brito
1933 JULIE AVE
Fullerton, CA 92833


ABSALON DE LA CRUZ
912 BLUE JAY CIRCLE
WEST COVINA, CA 91790


ALBERTO RUIZ
314 W 62ND ST
LOS ANGELES, CA 90003


ALEXANDRO DUVAL
1134 W 69TH ST
LOS ANGELES, CA 90044


ALFONSO QUEZADA
1450 N HEATHDALE AVE
COVINA, CA 91722


ALFONSO VERA
5380 LIME AVE
LONG BEACH, CA 90805


ALFREDO MANCERA
1306 EDMORE AVE
ROWLAND HEIGHTS, CA 91748

Ali Alshaikhli
2111 Holly Hall St #5108
Houston, TX 77054


AMANCIO RUIZ
916 W 71TH ST
LOS ANGELES, CA 90044


Amancio Ruiz-Vicente
c/o Telleria, Telleria & Levy, LLP
828 W. Las Tunas Drive
San Gabriel, CA 91776


ANGEL SANCHEZ
605 WALNUT AVE APT #14
LONG BEACH, CA 90802


ANGELA MEJIA
14510 JUSTIN PLACE
MORENO VALLEY, CA 92553


ANTHONY CARTER
13122 CHERRYGLADE
HOUSTON, TX 77044


ANTONIO PASILLAS
7568 KRESS AVE
BELL GARDENS, CA


APL
26 Century Blvd., Suite 405
Nashville, TN 37214

Armada Frame & Wheel
2547 Santa Fe Avenue
Long Beach, CA 90810


ARMANDO JOSE NAVAS
1286 N FIRCROFT AVE
COVINA, CA 91722


ARMANDO ROMERO
9617 DEARBORN AVE
SOUTH GATE, CA 90280


Axel Aceituno
90 Northpoint Dr #104
Houston, TX 77060


B&B Towing & Recovery Service
3260 E. Fowler St.
Los Angeles, CA 90063


BARTHOLOMEW YORK
2618 ARBOR #1
HOUSTON, TX 77004


BENNY LEONE
20727 VERNE AVE
LAKEWOOD, CA 90715


BLAS CASARRUBIAS
10051 ALDCATE AVE
GARDEN GROVE, CA 92840

BRIAN HARRIS
7944 LOCKE LN
HOUSTON, TX 77063


BRIAN WILLIAMS
4202 TAREYTON LANE
HOUSTON, TX 77047


BRYANT SERRANO
13619 ELWYN DR
BALDWIN PARK, CA 91706


CARLOS ESCOBAR
2138 WEST 30TH STREET
LOS ANGELES, CA 90018


CARLOS FLORES
PO BOX 1572
CUDAHY, CA 90201


CARLOS HERNANDEZ
159 E 77TH ST
LOS ANGELES, CA 90003


CARLOS MARTINEZ
324 W. 62ND ST.
LOS ANGELES, CA 90003


CARLOS RODRIGUEZ
1440 MALVERN AVE
LOS ANGELES, CA 90006

CAU PHAN
2443 EASTLAKE AVE
LOS ANGELES, CA 90031


CECILIA FLORES
150 E 84TH PL
LOS ANGELES, CA 90003


CHENG CHIANG HU
5730 LOMA AVE
TEMPLE CITY, CA 91780


CHENGCHENG SHAO
5139 ELROVIA AVE
EL MONTE, CA 91732


CHRIS WOLFHOPE
16746 GLENGRAY
LA PUENTE, CA 91744


CHUAN ZHONG ZHU
1715 KATHLEEN CT.
W. COVINA, CA 91792


Clarence Banks
1417 S Mayo Ave
Compton, CA 90221


Claudia Betancourt
5830 S Lake
Houston, TX 77049

CMA-CGM (America) Inc.
5701 Lake Wright Dr.
Norfolk, VA 23502


Community Bank
7755 Center Ave., Suite 1250
Huntington Beach, CA 92647


ComRef So. Ca. Industrial Sub F LLC
c/o Chassman & Seelig, LLP
11766 Wilshire Blvd., Suite 270
Los Angeles, CA 90025


COREY KELLY
1160 S HALE STREET
ESCONDO, CA 92029


CORNELIO PRECIADO
4845 EAST 60TH STREET
MAYWOOD, CA 90270


CORRIE MILLENDER
17217 HAFER ROAD
HOUSTON, TX 77090


Cosco Container Lines America
15600 JFK Blvd, Suite 400
Houston, TX 77032


CRISTOBAL SALAZAR SANTIAGO
1014 WEST 65 STREET
LOS ANGELES, CA 90044

DA HAI PANG
2218 SAN GABRIEL BLVD STE 3B
ROSEMEAD, CA 91770


DADONG SONG
18308 LOS PALACIOS DRIVE
ROWLAND HEIGHTS, CA 91748


DANIEL SANCHEZ
457 SUE AVE
DINUBA, CA 93618


DANIEL SANDOVAL
497 MOLLY COURT
SHAFTER, CA 93263


David Aramillo
661 Boston St
Hemet, CA 92545


David Armas
6531 Live Oak St
Bell Gardens, CA 90201


DAVID DEVAUGHN
17826 E NEWBURGH ST
AZUSA, CA 91702


DAVID VIRGIN
13510 VICKSBURG STREET
HOUSTON, TX 77015

De Lage Landen
Lesseedirect.com
PO Box 41602
Philadelphia, PA 19101-1602


De Lage Landen
Lessee Direct
1111 Old Eagle School Road
Wayne, PA 19087


Dewitt Petroleum
848 Manhattan Beach Blvd
Manhattan Beach, CA 90266


DINA SILVA MARTINEZ
12621 BARLIN AVE
DOWNEY, CA 90242


DIRECT CHASSISLINK
PO BOX 603061
CHARLOTTE, NC 28260-3061


DOMINGO HUGARTE
2730 1/2 HUNBERT AVE
S EL MONTE, CA 91733


DOMINIC LEONE
20727 VERNE AVE
LAKEWOOD, CA 90715


DONTE WEST
1230 FM 1960 BYPASS RD E #1403
HUMBLE, TX 77021

DOYLE NGUYEN
8741 TILMONT AVE
PICO RIVERA, CA 90660


DPF Cleaning Service
909 S. Greenwood Ave
Unit H
Montebello, CA 90640


Dung Nguyen
4112 E 7th St Apt G
Long Beach, CA 90804


DUQUON CORONA
7126 Somerset Blvd
PARAMOUNT, CA 90723


DWIGHT RISER
P505 CYPRESS STATION #4607
HOUSTON, TX 77090


EDGAR DURAN
456 S LAKE ST 101
LOS ANGELES, CA 90057


EDGARD CAMPOS RODRIGUEZ
2038 PACIFIC AVE APT C
LONG BEACH, CA 90806


EDISON SANDOVAL
4805 FILLMORE ST.
BELL, CA 90201

Edwin Cabrera
4630 WEST MAURIE AVE
SANTA ANA, CA 92703


EDWIN LEMUS
131 S. BURLINGTON AVE APT.#213
LOS ANGELES, CA 90057


EDY SOLARES
3912 WEST 107TH STREET
INGLEWOOD, CA 90303


EFRAIN SANCHEZ
1781 BERN DR
CORONA, CA 92882


El Dorado Tires & Auto Srv Inc.
16227 Appleblossom St.
La Puente, CA 91744


ELAINE MORALES
11808 1/2 LANSDALE AVE
EL MONTE, CA 91732


ENNO SACK
33726 CHERRY ST
WILDOMAR, CA 92595


Enrique Armas Lozano
6531 Live Oak St
Bell Gardens, CA 90201

ERIC LI
1131 W DUARTE ROAD APT 6
ARCADIA, CA 91007


ERIC PENA
2415 MARSHALFIELD LN
REDONDO BEACH, CA 90278


ERIK RENE MARTINEZ
9339 OLIVE STREET APT 6
FONTANA, CA 92335


EUSTAQUIO LOPEZ
1743 1ST STREET
LA VERNE, CA 91750


Evergreen Shipping
6021 Katella Ave.
Suite 200
Cypress, CA 90630


Farenco Logistics
190 Lincoln Hwy (Rt 27)
Suite 303
Edison, NJ 08820


FELIPE SOLIS
3611 TRINITY ST
LOS ANGELES, CA 90011


FIDEL VELASQUEZ
300 N VINE ST APT A
ANAHEIM, CA 92805

Fleet Pride Inc.
PO Box 847118
Dallas, TX 75284-7118


Flexi-Van Leasing Inc.
PO Box 3228
Boston, MA 02241-3228


FRANCISCO CERNA
3802 HILL ST
HUNTINGTON PARK, CA 90255


FRANCISCO MERCADO
3312 CALIFORNIA AVE
EL MONTE, CA 91731


FRANKLIN ESCOBAR
1634 1/2 W 84TH PL
LOS ANGELES, CA 90047


FROYLAN CRUZ
810 N BRANNICK AVE
LOS ANGELES, CA 90063


GARRY KELLY
1412 W 127TH STREET
LOS ANGELES, CA 90047


GEORGE SONNIER
3319 EDGECREEK
HOUSTON, TX 77066

GERARDO ESCOBEDO
9318 FIELD STONE AVE
HESPERIA, CA 92345


GERARDO MENDOZA-RODRIQUEZ
11700 EL GRANADA
LYNWOOD, CA 90262


GERARDO RODRIGUEZ
11700 EL GRANADA
LYNWOOD, CA 90262


GERARDO VENTURA
345 WEST 68TH ST
LOS ANGELES, CA 90003


GERMAN CRUZ
15000 DOWNEY AVE
APT #127
PARAMOUNT, CA 90723


GERMAN MERINO ARMIJOS
16505 PIMENTA AVE
BELLFLOWER, CA 90706


Global Empire Logistics, Inc.
18420 S. Santa Fe Avenue
Compton, CA 90221


GREGORY DAVIS
124 N HAGAR STREET
SAN FERNANDO, CA 91340

GREGORY MCCULLOCK
461 E. 43RD ST. #2
LOS ANGELES, CA 90011


GUANGTING XU
3220 BARBEE ST
LOS ANGELES, CA 90031


GUSTAVO GUERRERO
7228 AMIGO AVE
RESEDA, CA 91335


HAIME GONZALEZ
6634 1/4 Jaboneria
Bell Gardens, CA 90201


Hanjin Shipping
PO Box 2187
Buena Park, CA 90621


HECTOR RODRIGUEZ
1440 MALVERN AVE
LOS ANGELES, CA 90006


HENRY ULLOA
2960 MARENGO
LOS ANGELES, CA 90033


HERBERT JONE
3207 WEST BALL ROAD APT #1
ANAHEIM, CA 92804

HERBERT WATSON
30660 INDEPENDENCE AVE APT E
REDLANDS, CA 92374


HERMAN MITCHELL
4611 HARDWOOD GLEN DR
FRESNO, TX 77545


HOLMAN RODRIGUEZ
9307 WASHBURN ROAD APT 102
DOWNEY, CA 90242


HSIN CHIANG
1316 PASEO CIELO
SAN DIMAS, CA 91773


Hsin Hsu Wu
c/o Coast Bridge Logistics, Inc.
18420 S. Santa Fe Ave
Compton, CA 90221


Hsin Hsu Wu
c/o Coast Bridge Logistics, Inc.
18420 S. Santa Fe Ave.
Compton, CA 90221


Hugo Amado
16281 Jackson Drive
Fontana, CA 92336


Hugo Barrera
13956 Vamowem St #106
Van Nuys, CA 91405

HUGO CARDENAS
1538 W WINDSOR ST
SAN BERNARDINO, CA 92407


HUNG HUA
6516 BRADFORD TER
PHILADELPHIA, PA 19149


Hyundai America Shipping Agcy
7701 Las Colinas Ridge
Suite 400
Irving, TX 75063


Inland Kenworth
1600 W. Washington Blvd
Montebello, CA 90640


International Properties
Rancho Dominguez
15272 Bolsa Chica St #101
Huntington Beach, CA 92649


ISRAEL MORENO
7403 MACE PL
LOS ANGELES, CA 90001


JACOB TEJEDA
18714 CAIRO AVE
CARSON, CA 90746


JAIME GONZALEZ
1015 UNRUH AVE APT #3
LA PUENTE, CA 91744

JAIME JR SANCHEZ
525 DEL MAR DR
BAKERSFIELD, CA 93307


JAIME SANCHEZ
525 DEL MAR DRIVE
BAKERSFIELD, CA 93307


JAMES CHARLOT
3180 ELINOR ST
BEAUMONT, TX 77705


JAMES CURTIS
21220 TENNYSON
MORENO VALLEY, CA 92557


JEFF SU
1773 VALLEY VIEW AVE
NORCO, CA 92860


JESUS PINEDA
419 N LARK ELLEN AVE
WEST COVINA, CA 91791


JESUS SANCHEZ
537 OCEAN AVE
PERRIS, CA 92571


JHONNY MACIAS
9212 BURKE ST #18
PICO RIVERA, CA 90660

JIAMJUN TANG
4223 WALNUT GROVE STREET APT A
ROSEMEAD, CA 91770


JIAN XIANG LI
18347 E. CYPRESS ST
COVINA, CA 91723


JIANPING CHEN
117 SOUTH GRANADA AVE
APT 2
ALHAMBRA, CA 91801


JIE HAN
1113 CALLA MALAGA
DUARTE, CA 91010


JNJ Truck Repair
2312 I Street
E. Wilmington, CA 90744


JOE MOSQUEDA
808 LAGUNA DR
CORONA, CA 92879


JOHN CAMPOS
1158 W BERKELEY CT
ONTARIO, CA 91762


JOHNNY CHEVIS
1411 JOY OAKS LN
HOUSTON, TX 77073

JORGE GUERRERO
723 1/2 EAST 90TH STREET
LOS ANGELES, CA 90002


JORGE HERNANDEZ
430 W 71ST STREET
LOS ANGELES, CA 90003


JORGE QUINTEROS
P.O BOX 3176
HUNTINGTON PARK, CA 90255


JORGE SALINAS
8139 OGDEN
HOUSTON, TX 77017


Jose Alfaro
5809 Seville Avenue
Huntington Park, CA 90255


Jose Angel
3925 Barret Rd #3
Los Angeles, CA 90032


JOSE ANTONIO CERVANTES
8500 DELCO
WINNETKA, CA 91306


Jose Barrera
517 W 81st St
Los Angeles, CA 90044

JOSE CARDENAS
15235 SUNBURST ST
APT 110
NORTH HILLS, CA 91343


JOSE CHAIDEZ
3925 BARRET RD 3
LOS ANGELES, CA 90032


JOSE FLORES
743 E 89TH ST
LOS ANGELES, CA 90002


JOSE ISRRAEL QUINONES
749 GARDENIA AVE
LONG BEACH, CA 90813


Jose Luis Monterosa
c/o Kabateck Brown Kellner LLP
644 S. Figueroa Street
Los Angeles, CA 90017


JOSE PALACIOS
12606 DOTY AVE APT B
HAWTHORNE, CA 90250


JOSE SALINAS
19935 CRESTED HILL LN
CYPRESS, TX 77433


JOSE SANCHEZ
525 DEL MAR DRIVE
BAKERSFIELD, CA 93307

JOSEPH HENDON
795 GRANDVILLE
HOUSTON, TX 77091


JOSEPH SALAZAR
6992 SAN PASQUAL CIR
BUENA PARK, CA 90620


JUAN CARLOS DE PAZ SALGUERO
3525 SANBORN AVE
LYNWOOD, CA 90262


JUAN COREAS
519 E NEW YORK ST
LONG BEACH, CA 90813


JUAN EDUARDO GARCIA
1208 SOUTH WILLOWBROOK AVE
APT 1
COMPTON, CA 90220


JUAN FRANCISCO MARTINEZ
8048 1/2 FELIX AVE
BELL GARDENS, CA 90201


JUAN GIORDANI
4302 CLARA ST
APT A
CUDAHY, CA 90201


JUAN MARTINEZ
838 OLIVE AVE # 8
LONG BEACH, CA 90813

Juan Salazar
c/o Stephen Glick, Esq.
1055 Wilshire Blvd., #1480
Los Angeles, CA 90017


JUAN SALAZAR
410 W. CARSON ST. #17
CARSON, CA 90745


JUAN SALGUERO
2926 NORT FERNDWOOD DR
SANTA ANA, CA 92706


JUAN SANTIAGO
6116 EASTBOURNE WAY
BAKERSFIELD, CA 93309


JUAN VIVAR
3559 EL SERENO AVE ST. 104
LOS ANGELES, CA 90032


JUAN-FLORES VERA
6818 EL SELINDA AVE
BELL GARDENS, CA 90201


Julio Atachagua
651 W. 6th St. #A
Tustin, CA 92780


JULONIE PENN
1888 W 23RD ST
LOS ANGELES, CA 90018

JULVIO LANUZA
9605 ELIZABETH AVE
APT C
SOUTH GATE, CA 90280


JUNG EUN LEE
11708 VALLEY VIEW AVE #C
WHITTIER, CA 90604


K Line America
61 Broadway #1410
New York, NY 10006


Kabateck Brown Kellner, LLP
644 S. Figueroa Street
Los Angeles, CA 90017


KAN FENG
1942 DESIRE AVE
ROWLAND HEIGHTS, CA 91748


KARL FABIEN
715 W HYDE PARK BLVD
INGLEWOOD, CA 90302


KIM LAU
2467 AGOSTINO DR
ROWLAND HTS, CA 91748


La Puente Equipment Storage
13005 Temple Avenue
La Puente, CA 91746

La Puente Tires, Inc.
18121 Valley Blvd.
La Puente, CA 91746


LEONEL LOPEZ
15157 SAN JOSE AVE
PARAMOUNT, CA 90723


LIN HOI YEUNG
1920 S. DENTON AVE. A
SAN GABRIEL, CA 91776


LINBO JIANG
9660 EAST GARVEY AVE
S EL MONTE, CA 91733


LONG WEI
4404 HALIFAX ROAD
EL MONTE, CA 91731


LUIS GARCIA
410 SOUTH HARBOR BLVD
APT M
FULLERTON, CA 92832


LUIS GARZARO
12225 DUNE ST
NORWALK, CA 90650


LUIS GONZALES
23274 ORANGE AVE.
APT. 4
LAKE FOREST, CA 92630

LUIS MONTERROSA
1450 N HEATHDALE AVE
COVINA, CA 91722


LUIS PINTO
12413 CLEARGLEN AVE UNIT 23
WHITTIER, CA 90604


Maersk Agency USA Inc.
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136


MAGDALENO FLORES
8151 ZAMORA AVE
LOS ANGELES, CA 90001


MANUEL MEJIA
7125 E GAGE AVE APT R
COMMERCE, CA 90040


MARCO CASTILLO
1860 LANSDOWNE AVE
LOS ANGELES, CA 90032


Mario Barrientos
835 N Banning Blvd
Apt A
Wilmington, CA 90744


MARIO JR URIZAR
1253 W 118TH STREET
LOS ANGELES, CA 90044

MARIO MENDEZ
12621 BARLIN AVE
DOWNEY, CA 90242

MARIO URIZAR
1253 W 118TH STREET
LOS ANGELES, CA 90044

MARK SOJKA
2408 S VOSS RD #E102
HOUSTON, TX 77057

MARTIN GUZMAN
26001 BUDDE RD #901
SPRING, TX 77380

MARTIN MORALES
112 E 76TH PL
LOS ANGELES, CA 90003

MARTIN OROZCO
3510 WHITE HOUSE PL
LOS ANGELES, CA 90004

MARTIN VALDEZ
324 W 62ND ST
LOS ANGELES, CA 90003

MARTIN VALDEZ
321 NEST BIST STREET
LOS ANGELES, CA 90003

MARVYN DURAN
2940 PARTRIDE AVE
LOS ANGELES, CA 90039


Matson Navigation
426 N 44th Street
Suite 250
Phoenix, AZ 85008


MATTHEW LOFTON
1459 EAST 108TH STREET
LOS ANGELES, CA 90059


Mauricio Arevalo
9028 Cedar St
Bellflower, CA 90706


Mauricio Bracamonte
2815 3RD AVE
Los Angeles, CA 90018


MEDAL RUBEN D
1003W SIESTA AVE
LA PUENTE, CA 91746


Mediterranean Shipping Co.
420 5th Avenue
New York, NY 10018


MICHAEL NEMIE
23777 STONECLIFF LN
HARBOR CITY, CA 90710

Michael Wu
c/o Coast Bridge Logistics, Inc.
18420 S. Santa Fe Ave.
Compton, CA 90221


MIGUEL GONZALEZ
13252 WELCH ST
WATERFORD, CA 95386


MIGUEL RODRIGUEZ
1148 E 49ST
LOS ANGELES, CA 90011


MING KANG
1128 S GARFIELD AE
ALHAMBRA, CA 91801


MING LI
222 S CURTIS AVE#B
ALAHAMBRA, CA 91801


MOLINA DAVID
434 SAN ANGELO
LA PUENTE, CA 91746


Murray Plumbing and Heating Corp
18414 S. Santa Fe Avenue
Rancho Dominguez, CA 90221


NATIVIDAD VARGAS
3607 SANBORN AVE APT D
LYNWOOD, CA 90262

Neftaly Ayala
410 S Alexandria Ave
Apt 103
Los Angeles, CA 90020


NELSON SALAZAR
4212 W 30TH STREET
LOS ANGELES, CA 90016


NELSON VELASQUEZ
PO BOX 3321
SANTA ANA, CA 92703


Network Logistics, Inc.
c/o Michael R. Bennett, Esq.
201 Wilshire Blvd., 2nd Floor
Santa Monica, CA 90401-1212


NORBERTO SOSA
9286 KEWEN AVE
SUN VALLEY, CA 91352


Norberto Torres
Telleria, Telleria & Levy, LLP
828 W. Las Tunas Drive
San Gabriel, CA 91776


Norberto Torres Sosa
c/o Stephen Glick, Esq.
1055 Wilshire Blvd., Suite 1480
Los Angeles, CA 90017


Norton Lilly Int'l Pacific Lines
2510 W Dunlap Ave, #650
Phoenix, AZ 85021

Norton Lilly Int'l-Wan Hai
2510 W. Dunlap Ave
Suite 650
Phoenix, AZ 85021


NYK Line (NA) Inc.
Suite #101-311
Cordova, TN 38016


ODELL SPENCER
2322 CARMONA AVENUE
Los Angeles, CA 90016


Oscar Alemanortiz
10619 Doty Avenue
Inglewood, CA 90303


Oscar Argueta
6639 Orchard Ave
Bell, CA 90201


OSCAR CORNEJO
1152 LAGOON AVE
WILMINGTON, CA 90744


OSCAR INTERIANO
2343 EAST 17TH STREET UNIT#108
LONG BEACH, CA 90804


OSCAR NAVARRO
9128 BURKE ST APT 144
PICO RIVERA, CA 90660

OSCAR RODRIGUEZ
737 N VENDOME ST APT # 5
LOS ANGELES, CA 90026


OSMAN GARCIA
1723 S UNION AVE
LOS ANGELES, CA 90015


Pacific Enterprise Bank
17748 Sky Park Circle
Suite 100
Irvine, CA 92614


Pacific Ocean Transportation Inc.
18420 S. Santa Fe Avenue
Compton, CA 90221


Pacific Ocean Transportation, Inc.
18420 S Santa Fe Avenue
Compton, CA 90221


PAUL GOODE
8248 YARROW ST
ROSEMEAD, CA 91770


PEDRO HERRERA
771 ALAMITOS AVE
LONG BEACH, CA 90813


PEDRO LOPEZ GONZALEZ
3043 CANFIELD AVE
LOS ANGELES, CA 90034

PEI CHENG SHANG
20521 CLEARSPRING CT
DIAMOND BAR, CA 91789


ProLogis California LLC
47775 Fremont Blvd
Fremont, CA 94538


Quinco Logistics Inc.
18420 S. Santa Fe Avenue
Compton, CA 90221


Quinn Cat Rental
10006 Rose Hills Rd
City of Industry, CA 90601


Rafael Alas
15612 1/2 South White
Compton, CA 90221


Rafael Argueta
6639 Orchard Ave
Bell, CA 90201


RAFAEL CONTRERAS
6526 SOUTH CENTRAL AVE
APT G
LOS ANGELES, CA 90001


RAFAEL NAVARRO
6043 SALICO PL
FONTANA, CA 92336

RAFAEL SANTANA
4419 BERKSHIRE RD.
BAKERSFIELD, CA 93313


RAMON VALDEZ
2850 CASPIAN AVE
LONG BEACH, CA 90810


RENE CASTILLO
5216 NORTH ACACIA STREET
SAN GABRIEL, CA 91776


RENE FONSECA
4849 LA RICA AVE
BALDWIN PARK, CA 91706


RENE FONSECA
11829 FERRIS RD APT B
EL MONTE, CA 91732


REY CLARO
1330 MARTIN LUTHER KING AVE
LONG BEACH, CA 90813


Reynaldo Adolfo
1243 S Holly Place
West Covina, CA 91790


RICARDO HERRERA
2015 CLYDE AVE
LOS ANGLES, CA 90016

RICARDO RANGEL
737 WEST 132ND ST
GARDENA, CA 90247


Richard Arizaga
784 Springwood St
Apt E
Corona, CA 92882


RICHARD FRAZIER
661 TANGIER PL
POMONA, CA 91768


RICKY O'NEAL
1040 W 46TH ST
LOS ANGELES, CA 90037


Robert Bogan
1352 W 5th St L27
Ontario, CA 91762


ROBERT DAVIS
6401 DEL RIO ST #2021
HOUSTON, TX 77021


ROBERTO SARMIENTO
6039 ROCKNE AVE
WHITTIER, CA 90606


RODNEY KING
8535 CARGILL ST
HOUSTON, TX 77029

ROGER CHAVEZ
9110 SABLE TERRACE LN
HOUSTON, TX 77015


ROMERRYLL FISHER
467 W RAYMOND ST
COMPTON, CA 90220


RONALD MOLINA
13429 BENBOW ST
BALDWIN PARK, CA 91706


ROY NOWELL
8034D SANDS POINT DR
HOUSTON, TX 77036


RUBEN RICO
3177 POST ST.
SOUTH GATE,, CA 90280


Rush Truck Centers
8830 E. Slausen Avenue
Pico Rivera, CA 90660-4439


RUSSELL SANTIAGO
PO BX 911211
LOS ANGELES, CA 90091


SALVADOR MARTINEZ
11734 HARRIS AVE
LYNWOOD, CA 90262

```
SAM LEE
10624 LAURELHURT DR.
EL MONTE, CA 91731


Saul Alvarez
221 W 2nd St
San Dimas, CA 91773


SERGIO  HERNANDEZ
50 E PLYMOUTH ST APT 6
LONG BEACH, CA 90805


SERGIO ESPINOZA
902 N NORMANDIE AVE
APT 8
LOS ANGELES, CA 90029


SERGIO EUSEBIO
6629 1/2 GAGE AVE
COMMERCE, CA 90040


SERGIO ZELAYA
11323 SAGEBERRY DR
HOUSTON, TX 77089


SHARONE TARVER
2406 COBBDALE LANE
HOUSTON, TX 77014


Sidney Bonner
733 S Hindry Ave
Inglewood, CA 90301
```

SIMON DELA CRUZ
14419 BAILEY CT
VICTORVILLE, CA 92394


SOLIS FELIPE
361 TRINITY ST
LOS ANGELES, CA 90011


SOTERO CONTRERAS
9425 STRATHMORE LANE
RIVERSIDE, CA 92509


South Coast Air Quality
Management District
21865 Copley Drive
Diamond Bar, CA 91765-4178


Southern California Edison
PO Box 300
Rosemead, CA 91772-0001


Stephen Glick, Esq.
Law Offices of Stephen Glick
1055 Wilshire Blvd., #1480
Los Angeles, CA 90017


TEC Equipment Inc.
750 NE Columbia Blvd
Portland, OR 97211


The Wu Family Trust
c/o Coast Bridge Logistics, Inc.
18420 S. Santa Fe Ave.
Compton, CA 90221

Thomas Odell
National Trust Insurance
3328 NE Sugarhill Avenue
Jensen Beach, FL 34957


Tina Yu-Chen Wang
c/o Coast Bridge Logistics, Inc.
18420 S. Santa Fe Ave.
Compton, CA 90221


TIV KE ROEUNG
911 NEW DEPOT ST APT#11
LOS ANGELES, CA 90012


TOMAS HERNANDEZ
1238 E ADELE ST
ANAHEIM, CA 92805


TONY NGUYEN
7004 DRAKE ST
CHINO, CA 91710


Trac International
PO Box 952064
St. Louis, MO 63195-2064


Traction
3027 E. Las Hermanas St
Rancho Dominguez, CA 90221


TYRONE LAFLEUR
8110 LEY RD
HOUSTON, TX 77028

```
U.S. Small Business Admin.
Fresno District Office
2719 N. Air Fresno Dr., #200
Fresno, CA 93727-1547


United Arab Agencies Inc.
5515 Spalding Drive
Peachtree Corners, GA 30092


UPS
PO Box 894820
Los Angeles, CA 90189-4820


Veronica Almaraz
6731 Norwalk Blvd
Whittier, CA 90606


VICTOR CASTRO
1683 E 56ST
LONG BEACH, CA 90805


VICTOR MORALES
420 N CORONADO TER APT 5
LOS ANGELES, CA 90026


Victor Morales
420 N CORONADO TERRES # 5
LOS ANGELES, CA 90026


VICTOR VILLASENOR MACEDO
1511 N PUENTE AVE APT 62
BALDWIN PARK, CA 91706
```

VIDAL HENRIQUEZ
7681 WALNUT DRIVE
LOS ANGELES, CA 90001


VIDAL OLIVERA
737 LEONARD AVE
LOS ANGELES, CA 90022


Vincente Ayala
537 N Willow Ave
La Puente, CA 91746


WALTER LOZANO
16218 Denver St.
Gardena, CA 90248


WALTER ZEPEDA DIAZ
1344 WEST 38TH STREET
LOS ANGELES, CA 90062


WALTON GERALD
2388 E 113TH APT
LOS ANGELES, CA 90059


Waste Management
PO Box 541065
Los Angeles, CA 90054-1065


Wells Fargo Equipment Finance Inc
733 Marquette Ave., Ste. 700
MAC N9306-070
Minneapolis, MN 55402

WENDELL GOLDEN
24366 DRACATA AVE #B
MORENO VALLEY, CA 92553


WILLIAM CARCANO
4301 LA SIERRA AVE #11
RIVERSIDE, CA 92505


WILLIAM MARQUEZ
1422 SOUTH LONG BEACH BLVD
APT D
COMPTON, CA 90221


WILLIAM STONE
20743 BISHOPS GATE LANE
HUMBLE, TX 77338


WILLY GUEVARA
1626 W 69TH
LOS ANGELES, CA 90047


XIAOJUN WANG
425 EAST LIVE OAK
ARCADIA, CA 91006


XUEMING ZHAO
333 W GARVEY AVE STE B 328
MONTEREY PARK, CA 91754


YAN SUN
425 FAIRVIEW AVE #28
ARCADIA, CA 91007

Yang Ming (America) Corp
13131 Dairy Ashford Rd #300
Sugar Land, TX 77478


YAQUN XU
2540 VIA SANCHEZ
PALOS VERDES, CA 90274


YINTEE LAI
1620 ACACIA ST APT#2
ALHAMBRA, CA 91801


YONG HUI CHO
17529 LESLIE AVE
CERRITOS, CA 90703


YOUNG CHOI
18395 BASSWOOD ST
FOUNTAIN VALLEY, CA 92708


YOUNG WO KWON
4092 MAZANITA ST
IRVINE, CA 92604


YUAN YANG
6415 TRELAWNEY AVE
TEMPLE CITY, CA 91780


YUNFA YUNFA
14764 BLAZING STAR DR
CORONA, CA 92880

<table>
<tr><td>

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

**William P. Fennell**
**401 West A Street, Suite 1800**
**San Diego, CA 92101**
**619-325-1560 Fax: 619-325-1558**
California State Bar Number: **164210**
office@fennelllaw.com

</td><td>FOR COURT USE ONLY</td></tr>
</table>

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:                               |                  |
|--------------------------------------|------------------|
| **Coast Bridge Logistics, Inc.**     | CASE NO.:        |
|                              Debtor(s), | ADVERSARY NO.: CHAPTER:   **11** |
|                              Plaintiff(s), | |
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
|                              Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __William P. Fennell 164210_____ , the undersigned in the above-captioned case, hereby declare
            *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

■ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
    *[For additional names, attach an addendum to this form.]*

b. ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**May  1, 2015**
Date

By:  **/s/ William P. Fennell**
     Signature of Debtor, or attorney for Debtor

Name:  **William P. Fennell 164210**
       Printed name of Debtor, or attorney for
       Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    **F 1007-4.CORP.OWNERSHIP.STMT**